UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
Dr. James T. Walker,           )
                               )
       PLAINTIFF               )
                               )
       v.                      )   Civil Action
                               )   No.1:05CV02118
                               )   Judge: ESH
Stephen L. Johnson, Administrator )
US EPA                         )
                               )
       DEFENDANT               )
```

**RECEIVED**
NOV 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, James T. Walker, hereby state that on the ___15th___ of ___November___, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested to Defendant. Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Stephen Johnson
Administrator
US EPA
1200 Pennsylvania, Ave
Washington, DC 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 11/8/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number: 7003 2260 0001 8033 1291

---

_James T. Walker_
James T. Walker
136 West Quail Ln
La Plata, MD 20646
301) 654-6376