UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES T. WALKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2118(ESH) |
| STEPHEN JOHNSON, ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY | ) |
| Defendant. | ) |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **1st** day of December 2005, a true and correct copy of the above *Notice of Appearance* was served by postage pre-paid mail to:

>James T. Walker
>136 West Quail Lane
>La Plata, Maryland 20646
>*pro se Plaintiff*

_____
KATHLEEN KONOPKA
Assistant United States Attorney