UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES T. WALKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2118 (ESH) |
| ) | |
| STEPHEN JOHNSON, Administrator ) | |
| U.S. Environmental Protection Agency ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

DEFENDANT'S MOTION FOR EXTENSION OF TIME
IN WHICH TO ANSWER PLAINTIFF'S COMPLAINT OR
FILE A DISPOSITIVE MOTION

Defendant respectfully moves this Court for an extension of time, up to and including February 21, 2006, in which to file its answer to the complaint in the above-captioned matter, or in the alternative, a dispositive motion. Defendant's answer is currently due on January 17, 2006. Plaintiff was consulted regarding this motion by telephone on January 10, 2006, and indicated that he had no objection. However, later that same day, undersigned counsel received a faxed transmission indicating that Plaintiff now objected to this motion. In support of this motion, Defendant states as follows:

Review of the record in this case and discussions with agency counsel have revealed that an early dispositive motion is likely appropriate in this case. However, Defendant requires additional time to ascertain the merits of and prepare this significantly more substantial filing. Other obligations of undersigned including a deposition schedule, two motions for summary affirmance, two motions to dismiss, and a lengthy FOIA filing prevent more expeditious completion of the requisite preparation for this anticipated filing.

WHEREFORE, Defendant respectfully requests that it be permitted to file its answer or dispositive motion in this case on February 21, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

_____
KATHLEEN KONOPKA
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion for Extension of Time has been made by mailing a copy thereof to:

James T. Walker
136 West Quail Lane
La Plata, Maryland 20646

on this ____ day of January, 2006.

                                                                                                                                 _____
                                                                                                                                 KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.; Room E4412
Washington, D.C.  20001
(202) 616-5309

Case 1:05-cv-02118-RMC    Document 4    Filed 01/11/2006    Page 4 of 4