UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES T. WALKER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN JOHNSON, Administrator )<br>U.S. Environmental Protection Agency )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-2118 (ESH) |

ORDER

UPON CONSIDERATION of Defendant's Motion for Extension of Time, any opposition thereto, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED: Defendant's answer to Plaintiff's complaint or dispositive motion shall be filed by February 21, 2006.

_____
UNITED STATES DISTRICT JUDGE


Kathleen Konopka
Assistant United States Attorney
555 Fourth Street, NW
Room E4412
Washington, DC 20530

James T. Walker
136 West Quail Lane
La Plata, Maryland 20646