UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. James T. Walker, )
)
**PLAINTIFF** )
)
v. )
) Civil Action
) No.1:05CV02118
) Judge: ESH
Stephen L. Johnson, Administrator )
US EPA )
)
**DEFENDANT** )
)

RECEIVED
JAN 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, James T. Walker, hereby state that on the 3rd of December 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested to the US Attorney General. Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US ATTORNEY GENERAL
950 PENNSYLVANIA AV.
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
DEC 0 6 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☑ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7003 2260 0001 7975 7217

James T. Walker
136 West Quail Ln
La Plata, MD 20646
301) 654-6376

102595-02-M-1540