# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JAMES T. WALKER            *

**PLAINTIFF**            *

v.            * Civil Action No. 05-2118(ESH)

STEPHEN JOHNSON, Administrator     *
U.S. Environmental Protection Agency

**DEFENDANT**            *

**********************************************

### PLAINTIFF'S REPSONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER HIS COMPLAINT OR FILE A DISPOSITIVE MOTION

Plaintiff respectfully asks this Court to deny Defendant's request for an extension of time, up to and including February 21, 2006, in which to file its answer to the complaint he filed in the above-captioned matter, or in the alternative, a dispositive motion. Defendant's answer was due on today, January 17, 2006. He states the following reasons for denying Defendant's request:

1. Although it is at this Court's discretion to grant or deny Defendant's request, Courts have usually denied extensions of time where the failure to act within the required time limitations was caused by a lawyer's busy case load and other work demands. It is usually an extraordinary situation involving good faith, such as death or illness of the lawyer, that must be presented as evidence before a Court will find excusable neglect and permit an extension of time.

Defendant's counsel did not present any such evidence. Plaintiff, a senior scientist with the Environmental Protection Agency (EPA), is also busy and has an extensive work load demand and other legal filing obligations that are not related to this case.

2.   Defendant's legal team includes two Assistant US Attorneys and an EPA counsel, Mr. Paul Winick, who is already versed on the issues that were brought forth in Plaintiff's Complaint. Therefore, Defendant's counsels should not need additional time to ascertain the merits of and prepare for filing of the response. This team consists of senior level government attorneys who have ample legal expertise and resources to respond to Plaintiff's Complaint in accordance with the Federal Rules of Civil Procedures.

3.   Mr. Winick and the Agency's Office of Civil Rights were faxed a complimentary copy of the Complaint on the day it was filed in this Court on October 31, 2005, which is over one hundred days ago. This should have been ample time for these lawyers to become well versed on the issues of this case.

4.   This case involves essentially the same issues that Plaintiff raised in his EEOC complaints close to eight years ago. EEOC and the Agency purposely delayed the prosecution of those issues and any further delay would seriously prejudice Plaintiff in his quest for justice under the law.

5.   The alleged discriminating officials and Plaintiff's witnesses are very close to the retirement age and any further delay may prejudice Plaintiff's ability in his quest for justice under the law.

WHEREFORE, Plaintiff respectfully asks that this Court deny Defendant's request for an extension of time up to and including February 21, 2006, in which to file its answer to the Complaint he filed in the above-captioned matter, or in the alternative, a dispositive motion.

Respectfully Submitted,

*/s/ James T. Walker*

James T. Walker, *Pro Se*
136 West Quail Lane
La Plata, Maryland 20646

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMES T. WALKER                                 *
                                                *
**PLAINTIFF**                                   *
                                                *
                                                *
                                                *
v.                                              *
                                                * Civil Action No. **05-2118(ESH)**
                                                *
                                                *
STEPHEN JOHNSON, Administrator                  *
U.S. Environmental Protection Agency            *
                                                *
**DEFENDANT**                                   *
                                                *
                                                *
                                                *

*************************************** * * * * *

### ORDER

UPON CONSIDERATION of Plaintiff's Request to Deny Defendant's Motion for Extension of Time, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Plaintiff's Request shall be, and is hereby, GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Kathleen Konopka
Assistant United States Attorney
555 Fourth Street, NW
Room E4412
Washington, DC 20530

4

## Certificate of Service

I, James T. Walker, hereby state that, on this date January 17, 2006, I mailed/e-mailed/faxed a copy of this "Request" to:

>   Kathleen Konopka
>   Assistant United States Attorney
>   555 Fourth Street, NW
>   Room E4412
>   Washington, DC 20530

*[signature: James T. Walker]*

>   James T. Walker, *Pro Se*
>   136 West Quail Lane
>   La Plata, Maryland 20646
>   (301) 654-6376