# Exhibit 5

## AFFIDAVIT OF MARGARET M. KELLY

WASHINGTON, D.C.

I, Margaret M. Kelly (Caucasian, white, female) Regulatory Affairs Coordinator, GS-301-15, Human Resources Staff for the Office of the Administrator, Environmental Protection Agency (EPA), make the following statement, freely and voluntarily to John L. Musa, who has identified himself to me as an EEO Contract Investigator for the Environmental Protection Agency (GSA), investigating a complaint of discrimination filed by James T. Walker, knowing that this statement may be used in evidence. I understand this statement is not confidential and may be shown to any interested party.

1.  My name is Margaret M. Kelly (Caucasian, white, female) Regulatory Affairs Coordinator, GS-301-15, Environmental Protection Agency (EPA). I was the Subject Matter Expert in the selection process at issue. Although I do not recall the actual numbers, I am told that Personnel forwarded the names of nine applicants to me for rating and ranking. I reviewed and evaluated all the applicants.

2.  I rated, ranked and placed names of applicants and recommended three Highly Qualified candidates on a certificate of eligibles for selection. Although I do not recall the names and ratings of the individual candidates, I am told that: Paula Goode was rated with 47 total points; the next two candidates (Robin Anderson and Denny Cruz) scored 44 points each; Jonathan Edwards and James Barron scored 41 points each; Complainant scored 31 points above two other candidates with 29 and 24 points.

3.  I did not conspire with the Eileen Ramona Trovato, the selecting official to excise the phrase "health physics" from position description at Complainant's detriment to eliminate him from the selection process. What is more, I did not discriminate or treat Complainant differently from the other applicants for the position of Environmental Scientist because of his race, color, sex or subject him to reprisal because he previously in lawful EEO activity. The allegation is groundless. As the Subject Matter Expert my role was to review, evaluate and rank the applicants for selection. In the role I did not form an intention to discriminate against any applicant on account of their race, color or because they engaged in prior EEO activity. I had no knowledge about the applicants' race, color or whether they had filed EEO complaints.

Page 1 of 2                                                                 Initials: /1 K

I hereby solemnly swear: I have read the above statement consisting of one page, and it is true to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

_____
Margaret M. Kelly

_____
May 25 2000
DATE

Subscribed to and sworn before me, John L. Musa, this 25th day of May, 2000.

Witnessed by:

_____
John L. Musa
EEO Investigator

Initials: MK

Page 2 of 2