# Exhibit 8

# EEO COUNSELING REPORT

**AGGRIEVED PERSON:**

Name: James Walker
Job Title/Series/Grade: Environmental Scientist, GS-1301-13
Organization: Environmental Protection Agency, Office of Research and Development
Location of Employment: Washington, D.C.
Work Telephone Number: (202)564-3316
Home Telephone Number: NOT SUBMITTED
Home Address: 9803 Churchill Drive, Upper Marlboro, Maryland 20772

**CHRONOLOGY OF EEO COUNSELING:**

Date of Alleged Discriminatory Incident: 3/16/98
Date of Initial Contact: 5/7/98 (Counselor - Department of Energy)
Date Aggrieved Person Informed of Rights? 5/7/98
Date of Initial Interview: 5/7/98
Date of Final Notice: 6/22/98
Date of Formal Complaint: EPA File No.: 98-0092HQ
Date Counseling Report Requested: 8/17/98 (Letter dated 8/6/98, from EPA)
Date Counseling Report Submitted: 8/25/98

**BASIS OF ALLEGED DISCRIMINATION:**

1. Race - African-American

2. Color - Brown

3. Sex - Male

4. Retaliation - for filing a prior complaint

**ISSUE:**

James Walker, hereinafter referred to as Complainant, alleged that Mr. Steve Galson, Director, Ms. Romana Trovata, Director, Office of Children's Health Protection and the Subject-Matter Expert conspired to discriminate against him in the selection for the position of Environmental Scientist, GS-1301-13/14, U.S. Environmental Protection Agency, Office of Children's Health Protection. Vacancy Announcement Number, 8-OA-9014.

DEC 1 1 1998

2

Complainant stated that on approximately 3/16 or 3/17/98, at Complainant's request, Ms. Francine Butler, Personnel Staffing Specialist, U.S. Environmental Protection Agency, told him of his nonselection for the above-cited vacancy announcement and that his name was not referred on the Selection Certificate (Certificate) for consideration for selection.

Complainant also stated that his knowledge, skills, and abilities were unique for this position since the selectee did not possess environmental science or health physics. The selectee is a white female.

Complainant added that the position description was altered after the Subject-Matter Expert saw that he had applied for the position, possessed the knowledge, was aware that he had filed a previous EEO complaint, and requested that "health physics" be deleted from the position description. Ranking Factor number one on the vacancy announcement still read: "Skill in applying the principles, theories and practices of environmental science and health physics". Complainant stated that the position description was amended with no reference to "health physics" but remained in ranking factor number one on the vacancy announcement.

REMEDY REQUESTED:

1.  Complainant's rating;

2.  Rating of selectee;

3.  Why Complainant did not make the Selection Certificate; and

4.  Position, Environmental Scientist, GS-1301-14, Office of the Administrator, Office of Children's Health Protection

DOCUMENTS REVIEWED/SUBMITTED:

1. Notice of Final Interview - 6/22/98; 2. Your Rights and Responsibilities as an EEO Complainant dated 5/7/98; 3. Application for Federal Employment - SF-171 dated 12/29/97; 4. Vacancy Announcement Number 8-OA-9014; 5. Position Description Cover Sheet, Environmental Scientist, GS-1301-13 and GS-1301-14; and 6. E-mail message dated 3/23/98, SUBJECT: A Request for Your Assistance in Obtaining an EEO Counselor.

COUNSELOR'S INQUIRY:

| | |
|---|---|
| 5/7/98 | Initial meeting with Complainant |
| 5/12/98 | Meeting with Ms. Butler. Complainant's name was not referred on the Certificate; his score was 2.21; and he is not entitled to selectee's score since his name did not appear on the Certificate. A rating plan was developed by the organization for the subject-matter expert to use; each factor had a weight of 4 points; 10 persons applied for the position, 2 candidates were referred at the GS-14 level and 1 candidate at the GS-13 level. Ms. Butler stated that the subject-matter expert was selected by the Administrative Officer for that organization.<br><br>Ms. Butler added that the original vacancy announcement had inaccurate information in reference to ranking factor number one. After the announcement had been advertised - it was discovered that health physics was not a part of the factor. The Subject-Matter Expert was aware that health physics was not included in the rating. The vacancy announcement was not amended. |
| 5/20/98 | Telephonic conversation with Ms. Debbie Hinkle, Administrative Officer. Ms. Hinkle confirmed that the Subject-Matter Expert was selected based on organization, division, team, and experience. Ms. Hinkle selected the Subject-Matter Expert based on the fact that the person was the only one with the knowledge of the position and available within the organization.<br><br>She stated that Ms. Trovato and the Subject-Matter Expert worked in conjunction with the selecting official to have a portion of the ranking factor dropped and notified personnel of this. She was not aware what personnel did in reference to alerting applicants of the change in ranking factor number one deleting "health physics". |
| 5/27/98 | Telephonic conversation with Subject-Matter Expert. Did not know race of individual and this was not stated on the application. No prior knowledge of Complainant or prior EEO complaint. According to the Subject-Matter Expert ranking factor number one was an irrelevant point for the job. The factor was removed before receiving |

|  |  |
|---|---|
|  | package of applications. The Subject-Matter Expert did not speak with Ms. Diane Bassal, who wrote the announcement on the change in the ranking factor. |
|  | The Subject-Matter Expert's rating was done on what measured up to criteria - which was based on what was stated in the application. |
| 5/28/98 | The Subject-Matter Expert re-reviewed Complainant's application. He did not get high points because his application showed straight science application. The ranking factors had a lot to do with the ability to meet and deal with scientific and non-scientific groups outside the agency pertaining to children's health. Oral communications, program management, oversight functions - his background seem to be a little bit limited from his application to things pretty much straight science and managing contracts. That is why he lost points on the rating. |
| 6/10/98 | Telephonic conversation with Ms. Trovata. She stated that she had knowledge of Complainant because she honored his obligated FTE from the previous director. The change to the ranking factor was brought to her attention by the Subject-matter Expert prior to review of the applications. "Physics" was not relevant to the factor and she did not have prior knowledge that Complainant had applied for the announcement. |
| 6/10/98 | Informed Complainant of findings, no resolution, and right to file a complaint of discrimination. |

Carolyn G. Epps
EEO Counselor

(202) 586-2274
Telephone Number

—/l—
Signature of EEO Counselor

Rm. 4B-102
1000 Independence Avenue, S.W.
Office Address and Room Number

8/25/98
Date Counselor's Report
Completed

Washington, D.C. 20585
City, State and Zip Code