# Exhibit 9

**COMPLAINT OF DISCRIMINATION BY THE FEDERAL GOVERNMENT**
**BECAUSE OF**
RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL
(Please Type or Print)

FOR AGENCY USE: 98-0092-HQ

1. COMPLAINANT'S FULL NAME: Dr. James T. Walker
2. WHAT IS YOUR TELEPHONE NUMBER INCLUDING AREA CODE?
   HOME PHONE: (301) 856-6276
   WORK PHONE: (202) 564-3316

STREET ADDRESS (OR POST OFFICE BOX NUMBER): 9803 Churchill Dr.

CITY, STATE, ZIP CODE: Upper Marlboro, MD 20772

4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?
   [X] YES (ANSWER A,B,C AND D BELOW)
   [ ] NO (CONTINUE WITH QUESTION 5.)

3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU? EPA/OCHP

A. NAME OF AGENCY WHERE YOU WORK: EPA

A. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU: Office of Child Health Protection

B. STREET ADDRESS OF YOUR AGENCY: 401 M St. S.W.

B. STREET ADDRESS OF OFFICE: 401 M St. S.W.

C. CITY, STATE, ZIP CODE: Washington, DC 20460

C. CITY, STATE, ZIP CODE: Wash. DC 20460

D. WHAT IS THE TITLE, SERIES, AND GRADE OF YOUR JOB? Env. Scientist, GS/1301, 13/10

5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE:
   MONTH: 3  DAY: 17  YEAR: 98

6. NAME AND ADDRESS OF REPRESENTATIVE:

(margin note: Date I was ... I didn't make the cut.)

7. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST, BECAUSE OF YOUR:
   [X] RACE, IF SO, STATE YOUR RACE ____
   [X] COLOR, IF SO, STATE YOUR COLOR ____
   [ ] RELIGION, IF SO, STATE YOUR RELIGION ____
   [X] NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN ____
   [X] SEX, IF SO, STATE YOUR SEX ____
   [ ] HANDICAP, IF SO, STATE YOUR HANDICAP ____
   [X] REPRISAL, IF SO, STATE YOUR CHARGE: BECAUSE OF PREVIOUS EEO ACTIVITY
   [ ] AGE, IF SO, STATE YOUR DATE OF BIRTH ____

8. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL.

On or about 4/98 I applied for a DS/14 position in the Office of Child Health Protection. I allege that I did not make the cert and was not selected for the position because of discrimination. (SEE ATTACHED)

9A. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR: [X] YES [ ] NO

9B. NAME OF COUNSELOR: Carolyn Epps, JOE

10. WHAT CORRECTIVE ACTION ARE YOU SEEKING? EPA must promote me to a DS/14 type position, which is equivalent to the position that I applied for.

11. DATE OF THIS COMPLAINT: MONTH: July  DAY: 14  YEAR: 98

12. SIGN YOUR (COMPLAINANT'S) NAME HERE: James T. Walker

SEE REVERSE SIDE OF FORM FOR INSTRUCTIONS

CSC FORM 984
APRIL 1982

7/14/98