# Exhibit 10



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

FEB 2 1999

OFFICE OF
CIVIL RIGHTS

Return Receipt Requested

Dr. James T. Walker
9803 Churchill Drive
Upper Marlboro, MD 20772

In Reply Refer To:

EPA File No.:
98-0092-HQ

Dear Dr. Walker:

On July 14, 1998, you filed a discrimination complaint against the Environmental Protection Agency. In your complaint, you allege that you were discriminated against on the basis of race (African American), color (brown), sex (male) and reprisal when:

> On March 16, 1998, you learned of your nonselection for the position of Environmental Scientist, GS-1301-13/4 under Vacancy Announcement No. 8-OA-9014. You contend that this nonselection represents a continuous pattern of discrimination against you since you were hired in 1984.

The issue of your nonselection under Vacancy Announcement No. 8-OA-9014 is being accepted for investigation and an EEO Investigator will contact all parties concerned. The EEO Investigator is authorized to review all situations precipitating the complaint; to require the cooperation of all employees and to take testimony from you and other witnesses in the form of affidavits or sworn statements. Upon completion of the investigation, the EEO Investigator will submit a full report to this office.

Please be advised that it is your responsibility to participate in all facets of the complaints process, such as acknowledging certified mail; providing this office with any

2

change of address; cooperating with the EEO Investigator in the conduct of the investigation; and if you request a hearing, proceeding with the hearing without undue delay. Pursuant to 29 CFR section 1614.107(g), failure to prosecute a complaint may result in dismissal.

Concerning your issue of a "continuous pattern of discrimination", a review of the counselor's report shows that this issue was not discussed with the counselor. The Equal Employment Opportunity Commission (EEOC) regulations state that an Agency will dismiss portions of a complaint that raises a matter that was not brought to the attention of a EEO counselor. Therefore, the issue of a "continuous pattern of discrimination" alleged in your complaint is dismissed pursuant to 29 CFR §1614.107(b). If you wish to pursue this matter, you must contact this Office within 15 days of receipt of this letter for assignment to an EEO counselor.

This is the Final Agency Decision of the Environmental Protection Agency concerning your allegation of a continuous pattern of discrimination. If you are dissatisfied with the decision, you have the following appeal rights:

Within 30 days of your receipt of this decision, you have the right to appeal the decision to:

> Equal Employment Opportunity Commission
> Office of Federal Operations
> P.O. Box 19848
> Washington, D.C. 20036

You must furnish a copy of the appeal to the Director, Office of Civil Rights, at the same time that you file the appeal with the Commission. In or attached to the appeal, you must certify the date and method by which service was made to the Agency. EEOC Form 573, Notice of Appeal/Petition to the Equal Employment Opportunity Commission is enclosed.

3

You also have the right to file a civil action in an appropriate United States District Court. If you choose to file a civil action, you may do so:

-- within 90 days of receipt of this final decision if no appeal has been filed, or

-- within 90 days after receipt of the Commission's final decision on appeal, or

-- after 180 days from the date of filing an appeal with the Commission if there has been no final decision by the Commission.

You must name Carol M. Browner, Administrator of the Environmental Protection Agency, as the defendant. Failure to provide the name or official title of the agency head may result in dismissal of your case.

You have the right to be advised by a representative of your choosing throughout the processing of this complaint. However, should you retain an attorney or any other representative, you must promptly notify this office in writing of the representative's name, telephone number and address.

Sincerely,

Clyde L. Williams
Team Leader
Complaints Resolution and
External Compliance Staff

cc: Ramona Trovato, Director
Office of Children's Health Protection
(1107)