Exhibit 13

Case 1:05-cv-02118-RMC    Document 7-15    Filed 02/21/2006    Page 1 of 5

| COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL *Please Type or Print* | (FOR AGENCY USE) 99-0025-HQ |
|---|---|

| 1. (COMPLAINANT'S) FULL NAME<br>Dr. James T. Walker | 2. WHAT IS YOUR TELEPHONE NUMBER (INCLUDING AREA CODE)<br>HOME PHONE: (301) 856-6276 |
|---|---|
| STREET ADDRESS (OR POST OFFICE BOX NUMBER)<br>9803 Churchill Drive | WORK PHONE: (202) 564-3316 |
| CITY: Upper Marlbor   STATE: Maryland   ZIP CODE: 20772 | 4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?<br>X YES (ANSWER A,B,C AND D BELOW)<br>☐ NO (CONTINUE WITH QUESTION 5) |
| 3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU? *(Prepare a separate complaint form for each office which you believe discriminated against you.)* EPA | A. NAME OF AGENCY WHERE YOU WORK:<br>Environmental Protection Agency |
| A. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU:<br>Office of Research and Development/ National Center for Environmental Assessment | B. STREET ADDRESS OF YOUR AGENCY:<br>401 M. Street S.W. |
| B. STREET ADDRESS OF OFFICE: Sames as B | C. CITY: Washington   STATE: DC   ZIP CODE: 20460 |
| C. CITY   STATE   ZIP CODE<br>Sames as C | D. WHAT IS THE TITLE, SERIES, AND GRADE OF YOUR JOB?<br>Environmental Scientist, GS-1301,13/10 |
| 5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE:<br>MONTH: 8   DAY: 27   YEAR: 1998 | 6. NAME AND ADDRESS OF REPRESENTATIVE: |

7. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST, BECAUSE OF YOUR:
   X RACE. IF SO, STATE YOUR RACE __AFRICAN AMERICAN__
   X COLOR. IF SO, STATE YOUR COLOR __BROWN__
   ☐ RELIGION. IF SO, STATE YOUR RELIGION _____
   ☐ NATIONAL ORIGIN. IF SO, STATE YOUR NATIONAL ORIGIN _____
   X SEX. IF SO, STATE YOUR SEX __MALE__
   ☐ HANDICAP. IF SO, STATE YOUR HANDICAP _____
   ☐ REPRISAL. IF SO, STATE YOUR CHARGE _____
   ☐ AGE. IF SO, STATE YOUR DATE OF BIRTH _____
   (Complaints of discrimination because of age apply only to employees or applicants who are at least 40 years of age at the time the discriminatory actions alleged to have occurred.)

8. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL
   (For each allegation, please state to the best of your knowledge, information, and belief what incident occurred and when the incident occurred. You may continue your answer on another sheet of paper if you need more space.)

During the month of August (8/27/98) a Summer Intern name Kathleen Reed filed a malicious, contrived and false complaint against me indicating that I had turned towards her with my hands extended in a threatening manner. As a result of that complaint, Charles Ris, my second-line supervisor, gave me a memo placing me on administrative leave which lasted one day and two hours. I then followed that action by emailing Mr. Ris and Dr. Sonawane (first-line supervisor) stating an official claim against Ms. Reed for defamation of my personal and professional integrity and character. My second-line supervisor followed by stating that management was not going to investigate the matter and that I should get over it. I am alleging racial and sex discrimination against the three line managers because I believe I was treated inequitably and unfairly in that the same actions as described in the above, would not have been taken against a similarly situated White male or female in NCEA. Sex discrimination is being alleged because I was questioned by a "panel" consisting of Charles Ris, Art Payne and Tonya Hamlet (Employee Relations) and put on administrative leave while Ms. Kathleen Reed was not. Additionally, I alleged that Ms Reed's complaint against me was investigated and action taken, while no action was taken in regards to my complainant against her.

| 9(a). I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR (See instructions).<br>X YES   ☐ NO | 9(b). NAME OF COUNSELOR: Mr. Robert Smith<br><br>DEC 1 8 1998 |
|---|---|

| 10. WHAT CORRECTIVE ACTION ARE YOU SEEKING? (If additional space is needed, use separate sheet.) |
|---|
| I am asking the Agency to purge all files in regards to this case. |

| 11. DATE OF THIS COMPLAINT | | | 12. SIGN YOUR (COMPLAINANT'S) NAME HERE |
|---|---|---|---|
| MONTH: December | DAY: 18 | YEAR: 1998 | *James T. Walker* |

SEE REVERSE SIDE OF FORM FOR INSTRUCTIONS

CSC FORM 894
APRIL 1982

## READ CAREFULLY

- You may have a representative of your choice at all stages of the complaint process.

- This form should be used only if you, as a federal employee, or as an applicant for Federal employment, think you have been discriminated against because of race, color, religion, sex, national origin, age, handicap, or reprisal by a FEDERAL agency and have presented the matter for informal resolution to an Equal Employment Opportunity (EEO) Counselor within 45 calendar days of the date the incident occurred, or if a personnel action, within 45 calendar days of its effective date.

- If the matter has not been resolved to your satisfaction within 30 calendar days from the date on which the matter was first called to the attention of the EEO Counselor, he or she must on the 30th calendar day meet with you and issue a NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT. You have a right to file a complaint at any time thereafter up to 15 calendar days of receipt of the NOTICE OF FINAL INTERVIEW WITH EEO COUNSELOR.

- These time limits may be extended if you show that you were not notified of the time limits and were not otherwise aware of them, or that you were prevented by circumstances beyond your control from submitting the matter within the time limits, or for other reasons considered sufficient by the agency.

- If you need help in the preparation of your complaint, you may contact the EEO Officer, or the EEO Counselor, at the office where the alleged discrimination occurred, or you may secure help from a representative of your choice.

- Your written complaint <u>MUST BE SIGNED BY YOU</u> and should be filed by you, or by your designated representative, with the EEO Officer where the alleged discrimination occurred, the head of the field installation, the agency's Director of EEO, Federal Women's Program Manager, Hispanic Employment Program Manager, or other such officials as the agency may designate for that purpose.

- After the investigation of your compliant has been completed, you will be furnished your single entitled copy of the investigative file and an attempt will be made by the agency to adjust the matter.

- If your complaint is not adjusted satisfactorily, you will be notified in writing: (1) of the Notice of Proposed Disposition of the discrimination Complaint, (2) of your right to a hearing and decision by the agency head, or his or her designee, if you notify the agency in writing within 15 calendar dyas of receipt of the notice that you desire a hearing, and (3) of your right to a decision by the agency head, or his or her designee, without a hearing. If you request a hearing, it will be conducted by an independent Compliants Examiner certified by the Equal Opportunity Commission. The hearing will be held at a convenient time and place. At the hearing, you may present witnesses and other evidence in your behalf.

- The final decision (in writing) will be made by the head of the agency, or his or her designee. If a hearing is held on your complaint, the head of the agency, or his or her designee, will review the decision recommended by the Complaints Examiner before making a final decision, and will furnish you with a transcript of the hearing, a copy of the findings, analysis, and recommended decision of the Complaints Examiner, along with the agency's final decision letter.



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

WASHINGTON, D.C. 20460

JUL 13 ...

OFFICE OF
CIVIL RIGHTS

Return Receipt Requested

Ms. Mindy G. Farber
Attorney at Law
JACOBS, JACOBS & FARBER
One Central Plaza
11300 Rockville Pike, Suite 808
Rockville, MD 20852

In Reply Refer To:

EPA File Nos.:
99-0025-HQ

Dear Ms. Farber:

    On December 18, 1998, your client, Dr. James Walker, filed the above-referenced discrimination complaint against the Environmental Protection Agency. The following issue(s) has been accepted for investigation:

> Was Dr. Walker discriminated against based on his race (African American), color (brown) and gender (male) when on August 27, 1998, he was involuntarily placed on administrative leave for one day and two hours resulting from a complaint lodged against him by a summer intern?

    An EEO Investigator will contact all parties concerned. The EEO Investigator is authorized to review all situations precipitating the complaint; to require the cooperation of all employees and to take testimony from Dr. Walker and other witnesses in the form of affidavits or sworn statements. Upon completion of the investigation, the EEO Investigator will submit a full report to this office.

    Your full cooperation is requested during all facets of the complaint process. Specifically, you are requested to acknowledge certified mail; cooperate with the EEO Investigator

2

in the conduct of the investigation, and if you request a hearing, proceed with the hearing without undue delay.

If you need additional information, please contact Ms. Betty Harderman at (202) 260-4564.

Sincerely,

Clyde L. Williams
Complaints Resolution and
Internal Compliance Staff

cc: Charles H. Ris, Deputy Director
National Center for Environmental Assessment
Office of Research and Development
(8623D)

Arthur Payne, Acting Deputy Director
  for Management
National Center for Environmental Assessment
Office of Research and Development
(8601D)

Bob R. Sonawane, Director
Effects Identification and Characterization Group
National Center for Environmental Assessment
Office of Research and Development
(8623D)