# Exhibit 15

ATTACHMENT A

Subject: The Rules
From: Charles Ris
To: Doctor James Walker
cc: Bob Sonawane
Via LAN 8/31/98 4:41 pm

Please read and abide by the attachment.

Attachment:
RECORD: August 31, 1998

To:    Jim Walker, NCEA Employee
       Kathleen Reed, On Site Grantee

From:  Charles Ris
       Deputy Director, NCEA-W

Subject: Post Complaint Actions

General Statement: The alleged event of last Thursday, 29 August 1998, is over and henceforth neither party should approach the other about the matter, in any manner, in our offices. Whatever did happen is unfortunate for <u>both</u> of you, but it can stop right here. It may even be a lesson for the future in more effectively working out disputes/disagreements. In our pursuit of maintaining a professional and safe office environment, we have instituted the following procedures to help quell this issue. Necessarily, each of you must follow these procedures or be subject to formal action by EPA.

1. Neither Ms. Reed nor Dr. Walker should have any further interactions with each other. An accidental encounter should be silent or only a brief and civil good morning/good afternoon. No discussion of anything should occur. This office (808 17th Street, any floor) is to be neutral ground for both parties to carry on their normal business. If one of the parties violates this, it should be reported by the other to (1) Bob Sonawane, (2) Charles Ris (or John Schaum in Mr. Ris' absence from Sept 2-10). If an episode occurs, the offending party will be formally disciplined in a manner appropriate to the persons status with EPA. In other words, stay away from each other and don't do anything to antagonize, "act out" residual anger or frustration, or it will be a disciplinary matter.

2. Just to be perfectly clear...Dr. Walker is no longer responsible/accountable in any manner for Ms Reeds "ECO" project this summer, nor does Ms Reed have any reason to work with Dr. Walker. NCEA ECO project matters will be taken over by someone else (Sonawane or Ris) as the need arises.

A-1

3. If by chance you wish to apologize to each other without blame or admit to some type of misunderstanding, we will be pleased to facilitate that, but let us facilitate it.

4. We expect an outcome/product from Ms. Reed. At her request, Ms Reed may continue beyond her Sept 11 project date, for up to an extra 10 working days (at no cost to NCEA-EPA). The cubicle Ms Reed uses should be vacated no later than Sept 25, and earlier if possible.

5. We will review these matters in two weeks time. This may or may not coincide with a wrap-up to the Labor Relations Office's examination of the matter.

We trust that these actions will facilitate a cooling off while useful NCEA work continues. We hope the underlying disagreements and recent behaviors of both parties will be remedied in a manner useful to all. Blame or authenticity to the alleged 29 August, 1998 encounter can not and should not be ascribed to this note or its contents. We in NCEA Mangement take these actions to insure a professional and safe work environment, and not to judge, assign blame or cause.

cc   Tonya Hamlett
     Art Payne
     Bob Sonawane, John Schaum

A-2