# Exhibit 16



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
NATIONAL CENTER FOR ENVIRONMENTAL ASSESSMENT
WASHINGTON, DC 20460

OFFICE OF
RESEARCH AND DEVELOPMENT

Dr. Clayton Mote, President
University of Maryland
1101 Main Administration Building            October 29, 1998
College Park, Maryland 20742

Dear Dr. Mote:

As a government employee I am obligated to report and bring to the attention of the Inspector General any behavior or actions that I believe violate federal law. In that regards, I am writing this letter to inform you that, based on my preliminary research, there is strong evidence to suggest that Ms. Kathleen Reed, a graduate student from your Anthropology Department, violated federal statutes this summer when she made what appear to be false statements during her interview and on her application for an EPA internship and when she tried to have that information included in a proposal for federal funding.

In particular, during her interview for the internship, she indicated to me that she had never been arrested and convicted of a felony. However, I later learned that statement may be untrue. In addition, there is information in her resume that I cannot substantiate, such as scientific articles she supposedly published in journals, books and book chapters she supposedly coauthored and wrote, and presentations she supposedly made at scientific meetings. Of serious concern is when she attempted to influence me "a government official" to include that "unsubstantiated information" in a proposal for government funding.

To clear this matter up, I am asking the University of Maryland to provide the following to me within thirty working days of the date of this letter:

1). proof of all books Ms. Reed authored or coauthored and book chapters she wrote during the last thirty years (include for each book its name, publication date, and call number);
2). proof of all publications, presentations, or talks Ms Reed made at scientific meetings within the last thirty years (include the dates, times, and places of the meetings and presentations and where the information is published).
3). a copy of the University of Maryland's code of ethics for students participating in external internship programs; and

4)    a statement from Ms. Reed affirming or denying that she had been convicted of a felony.

If I do not receive the appropriate information within thirty working days, I will forward this matter to EPA's Inspector General's Office for investigation. I would also ask them to investigate any possible role Dr. Tony Whitehead may have had in Ms. Reed's actions and behavior during her tenure at EPA. Thank you, and I expect to hear from you in the immediate future.

With Regards,

*[signature: James T. Walker]*

Dr. James T. Walker
National Center for Environmental Assessment
Office of Research and Development

cc:    Dr. Charles Wellford, Dean of Graduate Studies, U of Md
       Dr. Irv. Goldstein, Dean of the College of Behavioral and
           Social Science, U of Md
       Dr. Mark Leone, Department of Anthropology, U of Md
       Dr. Fatimah Jackson, Department of Anthropology, U of Md
       Dr. Tony Whitehead, Department of Anthropology, U of Md