Exhibit 17

CASE NOS: 98-0092-HQ, 99-0025, 99-0031-HQ

| SUMMARY OF RATING AND RANKING (Vacancy ANNOUNCEMENT NUMBER 8-OS-9014, GS-1301-13/14) | | | |
|---|---|---|---|
| CANDIDATES | RACE, COLOR, SEX, EEO ACTIVITY | TOTAL POINTS (RANKING FACTOR POINTS) | RATING |
| **Paula Goode (SELECTEE)** | **Caucasian, white, female, no EEO activity** | **47** | **Highly Qualified** |
| **Robin Anderson** | **African-American, black, female, no EEO activity** | **44** | **Highly Qualified** |
| **Denny Cruz** | **Hispanic, color unknown, male, no EEO activity** | **44** | **Highly Qualified** |
| James Barron | Caucasian, white male, no EEO activity | 41 | Not Listed on Merit Promotion Certificate |
| Jonathan Edwards | Caucasian, white, male, no EEO activity | 41 | Not Listed on Merit Promotion Certificate |
| Kung-Wei Yei | Asian, PI, color unknown, male, no EEO activity | 33 | Not Listed on Merit Promotion Certificate |
| **James T. Walker (COMPLAINANT)** | **African-American, brown, male, no EEO activity** | **31** | **Not Listed on Merit Promotion Certificate** |
| Patricia Smith | Caucasian, white, female, no EEO activity | 29 | Not Listed on Merit Promotion Certificate |
| Theresa Anderson | African-American, black, no EEO activity | 24 | Not Listed on Merit Promotion Certificate |
| Adapted by EEO Investigator from Summary of Rating and Ranking Sheet **(See Exhibits 4 and 31)** | | | |