# Exhibit 23

Case 1:05-cv-02118-RMC    Document 7-25    Filed 02/21/2006    Page 1 of 3



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

JUN 28 1999

OFFICE OF
CIVIL RIGHTS

<u>Return Receipt Requested</u>                    <u>In Reply Refer To</u>:

Ms. Mindy G. Farber                    EPA File Nos.:
Attorney at Law                        99-0031-HQ
JACOBS, JACOBS & FARBER
One Central Plaza
11300 Rockville Pike, Suite 808
Rockville, MD 20852

Dear Ms. Farber:

On February 9, 1999, your client, Dr. James Walker, filed the above-referenced discrimination complaint against the Environmental Protection Agency. The following issue has been accepted for investigation:

> Was Dr. Walker discriminated against based on race (African American) color (brown) and reprisal when on December 3, 1998, he received a letter of reprimand?

An EEO Investigator will contact all parties concerned. The EEO Investigator is authorized to review all situations precipitating the complaint; to require the cooperation of all employees and to take testimony from Dr. Walker and other witnesses in the form of affidavits or sworn statements. Upon completion of the investigation, the EEO Investigator will submit a full report to this office.

Your full cooperation is requested during all facets of the complaint process. Specifically, you are requested to acknowledge certified mail; cooperate with the EEO Investigator

Recycled/Recyclable • Printed with Vegetable Oil Based Inks on 100% Recycled Paper (20% Postconsumer)

2

in the conduct of the investigation, and if you request a hearing, proceed with the hearing without undue delay.

If you need additional information, please contact Ms. Betty Harderman at (202) 260-4564.

Sincerely,

Clyde L. Williams
Complaints Resolution and
Internal Compliance Staff

cc:  Bob R. Sonawane, Director
     Effects Identification and Characterization Group
     National Center for Environmental Assessment
     Office of Research and Development
     (8623D)

     William H. Farland, Director
     National Center for Environmental Assessment (NCEA) -
     Washington Office
     Office of Research and Development
     (8601D)

     Michael A. Callahan, Director
     NCEA - Washington Office
     (8623D)

     Henry Longest, Assistant Administrator
       for Research and Development
     (8101R)