Exhibit 24

# COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT
## BECAUSE OF
### RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, DISABILITY, OR RETALIATION
*(Please type or print)*

**(FOR AGENCY)** Rcd 6/15/2005

**1. YOUR (COMPLAINANT'S) FULL NAME:** James T. Walker

**STREET ADDRESS (OR POST OFFICE BOX NUMBER):** 136 W Quail Ln

**CITY STATE ZIP CODE:** La Plata, MD 20646

**2. WHAT IS YOUR TELEPHONE NUMBER INCLUDING AREA CODE?**
HOME PHONE: ___
WORK PHONE: 202.564.3316

**4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?**
☒ YES (ANSWER A, B, C AND D BELOW)
☐ NO (CONTINUE WITH QUESTION 5)

**3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU?** (Prepare a separate complaint form for each office.) EPA

**A. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU:** ORD/NCEA-W

**B. STREET ADDRESS OF OFFICE:** 1200 Penn Ave.

**C. CITY STATE ZIP CODE:** Wash. DC 20460

**A. NAME OF AGENCY WHERE YOU WORK:** EPA

**B. STREET ADDRESS OF YOUR AGENCY:** 1200 Penn Ave

**C. CITY STATE ZIP CODE:** Wash, DC 20460

**D. WHAT IS THE TITLE, SERIES, AND GRADE OF YOUR JOB?** Environment Scientist/801, GS14/7

**5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE:**
MONTH: 10  DAY: 08  YEAR: 1946

**6. NAME AND ADDRESS OF REPRESENTATIVE:** Pro Se

**7. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST, BECAUSE OF YOUR:**
☒ RACE, IF SO, STATE YOUR RACE: African-American
☒ COLOR, IF SO, STATE YOUR COLOR: Black
☐ RELIGION, IF SO, STATE YOUR RELIGION: ___
☐ SEX, IF SO, STATE YOUR SEX: ___
☐ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN: ___
☐ AGE, IF SO, STATE YOUR DATE OF BIRTH: ___
☐ DISABILITY, IF SO, STATE YOUR DISABILITY: ___
☒ RETALIATION, IF SO, STATE YOUR CHARGE: See Attachment #I
*(Complaints of discrimination because of age apply only to employees or applicants who are at least 40 years of age at the time of the alleged discriminatory actions.)*

**8. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, DISABILITY, OR RETALIATION.** (For each allegation, please state to the best of your knowledge, information and belief what incident occurred and when the incident occurred. You may continue your answer on another sheet of paper if you need more space.)

See Attachment #I

**9(a). I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR:**
☒ YES ☐ NO

**9(b). NAME OF COUNSELOR:** Richard Shaw

**10. WHAT CORRECTIVE ACTION ARE YOU SEEKING?** (If additional space is needed, use separate sheet.) Destruction of Any Files Management has regarding

**11. DATE OF THIS COMPLAINT**
MONTH: June  DAY: 15  YEAR: 2005

**12. SIGN YOUR (COMPLAINANT'S) NAME HERE:** James T. Walker

The global email that I sent.

Attachment # 1

## DISCRIMINATION COMPLAINT

On June 25, 2004, under the direction of Dr. George Alapas, Mr. Charles Ris sent me an e-mail message, which went into my file, a statement (reprimand) admonishing and threatening me for sending out a global e-mail message asking about a conflict of interest issue. The reprimand included the following specific language:

*"Use of EPA email as a means of public distribution for this type of topic and circumstance is not condoned. Agency employees are expected to maintain levels of behavior which conform to the highest ethical standards. Your public posting (NCEA-ALL, ORD-ADA-ALL) was poor judgement, unprofessional, and is unacceptable conduct in this Division. I trust this is perfectly clear, if it is not you should seek immediate clarification for your benefit."*

I followed up with an e-mail message to Ray Spears, Deputy Chief of Staff for the Administrator, to determine if my e-mail was a violation of EPA's policy. He referred it to Rafael Deleon, Director Office of Human Resources.

On March 22, 2005, almost a year later, I received the following message from Rafael Deleon's Office:

*"We contacted OEI's Information Technology Policy and Planning Division. Basically, there is no policy that specifically addresses the proper use of e-mails."*

After receiving that message on March 22, 2005, I realized that Dr. Alapas's and Mr. Charles Ris's reprimand was discriminatory. Because there was no EPA or Office Policy in place with regards to "global" e-mails, I alleged that the above referenced e-mail (letter or reprimand) from Dr. George Alapas and Mr. Charles Ris was sent to me and, in essence put into my file, because of my race and retaliation. This represents a continuous pattern of discrimination against me, since I came to ORD in 1995.

### PRAYER FOR RELIEF

I demand that Dr. Alapas and Mr. Ris remove the above reprimand and threat from ~~my files~~ Any NCEA Files immediately.

Respectfully Submitted,
James T. Walker, Ph. D.
Senior Environmental Scientist
National Center for Environmental Assessment (8623D)
Office of Research and Development
US Environmental Protection Agency
Ariel Rios Bldg. 1200 Pennsylvania Ave NW
Washington, DC 20460
tel: 202-564-3316
fax: 202-565-0078
email: walker.james-doctor@epa.gov



received
Jun 20, 2005

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

WASHINGTON, D.C. 20460



OFFICE OF
CIVIL RIGHTS

# EEO COUNSELOR'S REPORT

**A. AGGRIEVED INDIVIDUAL INFORMATION**

Name:
James T. Walker, Ph. D.
Home Address: (Unable to obtain from Counselee)

Job Title/Series/Grade: Environmental Scientist / GS-1301-14

Place of Employment:
Office of Research and Development
National Center for Environmental Assessment – Washington
Charles Glover Building, Room 500H, MC-8623D
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Work Phone Number: 202-564-3316

Home Address:
(Unable to obtain from Counselee)

Home Phone Number: (Unable to obtain from Counselee)

**B. REPRESENTATIVE INFORMATION**

Provide the same information for the Representative as for the Aggrieved
Individual [Representative's Name, Title; Street Address; City, State, Zip
Code; Telephone Number(s)]
Identify whether the Representative is an Union Official

- 1 -

## C. CHRONOLOGY OF COUNSELING EVENTS

Date of Initial Contact: May 03, 2005

Date of Initial Interview: May 11, 2005

Date of alleged discriminatory event: March 22, 2005

Date of the Final Interview: June 02, 2005

## D. BASES AND ISSUES

Was Aggrieved Individual discriminated against because of Race (African American) and Retaliation (Management's willful placement of a statement of reprimand in the Counselee's file for globally transmitting an e-mail message regarding a conflict of interest issue) when on March 22, 2005 he received a notice from the Office of Human Resources that there was no policy in the Information Technology Policy and Planning Division of the Office of Environmental Issues (OEI) that specifically addresses the proper use of e-mails?

## E. REMEDY REQUESTED

That the Letter of Reprimand be removed from the Counselee's file immediately.

## F. RESPONSIBLE MANAGEMENT OFFICIAL (RMO)

Mr. Charles H. Ris
Office of Research and Development
National Center for Environmental Assessment – Washington
Charles Glover Building, Room 500F, MC-8623D
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Job Title/ Series/ Pay Plan/ Grade:
Supervisory Environmental Scientist / GM-1301-15

- 2 -

ATTACHMENT 3



James-Doctor Walker/DC/USEPA/US
05/17/2005 02:47 PM

To Richard Shaw/DC/USEPA/US@EPA
cc
bcc
Subject Fw: Emails regarding an Appearance of Conflict of Interest

James T. Walker, Ph. D.
Senior Environmental Scientist
National Center for Environmental Assessment (8623D)
Office of Research and Development
US Environmental Protection Agency
Ariel Rios Bldg, 1200 Pennsylvania Ave NW
Washington, DC 20460
tel: 202-564-3316
fax: 202-565-0078
email: walker-james-doctor@epa.gov

Direct delivery address (Fed Ex, UPS)/physical location:
National Center for Environmental Assessment (8623D)
ORD/US EPA
808 17th St NW, Room 520W07
Washington, DC 20006

--- Forwarded by James-Doctor Walker/DC/USEPA/US on 05/17/2005 02:43 PM ---

Charles Ris/DC/USEPA/US
06/25/2004 03:12 PM

To James-Doctor Walker/DC/USEPA/US@EPA
cc
Subject Emails regarding an Appearance of Conflict of Interest

Dr. Walker:

As Acting Division Director I am responding to several emails from you over the last few days about "the Appearance of conflict of interest" as it pertains to past practices in this Division. This is a partial response with more to follow.

When you mentioned this matter to me last week, probably on June 17th, I was struggling to see the merit of your concern. I did intend to follow-up and see what the situation was, and I believe I indicated in some manner that I would do so. In the meantime you have documented your concerns in an email dated June 24, 2004 to NCEA senior managers, which is proper, and NCEA management will respond to your concerns after we have had a sufficient inquiry into the matter.
I or others in NCEA will respond to your allegation about the appearance of a conflict of interest in due time.

Unfortunately, you also routed your June 24th email, as copies, to a wider audience in NCEA and elsewhere in ORD. This wide distribution is not justifiable under any measure of fairness or proper behavior. These types of matters (e.g., allegations or examples naming employees, conflict of interest) are kept reasonably confidential in initial stages so that proper inquiry can be made and so that named employees are not unfairly branded, embarrassed by allegations or by example, and or, suffer unnecessary defamation of character. Use of EPA email as a means of public distribution for this type of topic and circumstance is not condoned. Agency employees are expected to maintain levels of behavior

which conform to the highest ethical standards. Your public posting (NCEA -ALL, ORD-ADA-ALL) was poor judgement, unprofessional, and is unacceptable conduct in this Division. I trust this is perfectly clear, if it is not you should seek immediate clarification for your benefit.

**ATTACHMENT 4**



James-Doctor
Walker/DC/USEPA/US
05/03/05 03:07 PM

To   Karen Higginbotham/DC/USEPA/US@EPA

cc   Charles Ris/DC/USEPA/US@EPA, David Bussard/DC/USEPA/US@EPA, George Alapas/DC/USEPA/US@EPA, Peter Preuss/DC/USEPA/US@EPA

Subject   Request for an EEO Counselor

On June 25, 2004, under the direction of Dr. George Alapas, Mr. Charles Ris sent me an e-mail with the following message:

Dr. Walker:

As Acting Division Director I am responding to several emails from you over the last few days about "the

Case 1:05-cv-02118-RMC   Document 7-26   Filed 02/21/2006   Page 9 of 13

*Appearance of conflict of interest" as it pertains to past practices in this Division. This is a partial response with more to follow.*

*When you mentioned this matter to me last week, probably on June 17th, I was struggling to see the merit of your concern. I did intend to follow-up and see what the situation was, and I believe I indicated in some manner that I would do so. In the meantime you have documented your concerns in an email dated June 24, 2004 to NCEA senior managers, which is proper, and NCEA management will respond to your concerns after we have had a sufficient inquiry into the matter. I or others in NCEA will respond to your allegation about the appearance of a conflict of interest in due time.*

*Unfortunately, you also routed your June 24th email, as copies, to a wider audience in NCEA and elsewhere in ORD. This wide distribution is not justifiable under any measure of fairness or proper behavior. These types of matters (e.g., allegations or examples naming employees, conflict of interest) are kept reasonably confidential in initial stages so that proper inquiry can be made and so that named employees are not unfairly branded, embarrassed by allegations or by example, and or, suffer unnecessary defamation of character. Use of EPA email as a means of public distribution for this type of topic and circumstance is not condoned. Agency employees are expected to maintain levels of behavior which conform to the highest ethical standards. Your public posting (NCEA-ALL, ORD-ADA-ALL) was poor judgement, unprofessional, and is unacceptable conduct in this Division. I trust this is perfectly clear, if it is not you should seek immediate clarification for your benefit.*

I later sent many inquiries up the management chain (Ray Spears) to determine if the e-mail that I sent regarding the conflict of interest issue was a violation of EPA policy.

On March 22, 2005, I received the following message from Rafael Deleon's Office:

*"We contacted OEI's Information Technology Policy and Planning Division. Basically, there is no policy that specifically addresses the proper use of e-mails."*

It is because of that information, and the fact that many different kinds of "global emails" have been sent and are still being sent out by NCEA employees, which violate EPA policy, I am now alleging that the above email from Dr. George Alapas and Mr. Charles Ris was sent to me and, in essence put in my file, because of my race and retaliation. Please initiate the necessary steps to start the informal EEO process to address this issue.

James T. Walker, Ph. D.
Senior Environmental Scientist
National Center for Environmental Assessment (8623D)
Office of Research and Development
US Environmental Protection Agency
Ariel Rios Bldg, 1200 Pennsylvania Ave NW
Washington, DC 20460
tel: 202-564-3316
fax: 202-565-0078
email: walker-james-doctor@epa.gov

Direct delivery address (Fed Ex, UPS)/physical location:
National Center for Environmental Assessment (8623D)
ORD/US EPA
808 17th St NW, Room 520W07
Washington, DC 20005



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
WASHINGTON, D.C. 20460

JUL 29 2005

OFFICE OF
CIVIL RIGHTS

<u>**In Response Refer To:**</u>

Dr. James T. Walker          Discrimination Complaint Number:
136 Quail Lane               2005-0065-HQ
La Plata, MD 20646

Dear Dr. Walker:

On June 15, 2005, you filed the above-referenced discrimination complaint against the U.S. Environmental Protection Agency (Agency). In your discrimination complaint, you alleged that:

STATEMENT OF CLAIM

You were discriminated against based on race (African American), color (black) and retaliation (filing previous EEO complaints) when on June 25, 2004, you received an email from your management calling your attention to your behavior regarding an email message you sent to others outside your office. You contend the June 25, 2004, message was a "reprimand" and "put into my [your] file".

DISMISSAL OF CLAIM

The Equal Employment Opportunity Commission's (EEOC or Commission) regulations found at 29 C.F.R. § 1614.105(a)(1) requires that complaints of discrimination be brought to the attention of the Equal Employment Opportunity Counselor within 45 calendar days of the discriminatory event or within 45 days of the effective date of the personnel action. In your complaint, you alleged that on June 25, 2004, you received an e-mail from management addressing your behavior regarding an email message you sent. You raised this matter with a counselor on May 3, 2005, more than the 45-day time frame after the alleged discriminatory act occurred. Therefore, your complaint is dismissed for failure to contact an EEO counselor within the 45-day time frame.

Internet Address (URL) • http://www.epa.gov
Recycled/Recyclable - Printed with Vegetable Oil Based Inks on Recycled Paper (Minimum 20% Postconsumer)

Further, the Equal Employment Opportunity Commission (EEOC) regulations state at 29 C.F.R. section 1614.107(a)(1) that an agency must dismiss a complaint, or portion thereof, which fails to state a claim that, if proven true, would constitute an unlawful employment practice under the EEO statutes. EEOC administrative decisions have long held that in order to state a claim, a complainant must have suffered a present harm or loss with respect to a term, condition, or privilege of employment for which there is a remedy. You identified no harm you suffered as a result of receiving the June 25, 2004, email. Your complaint is dismissed for the additional reason that you suffered no harm cognizant to a term, condition, or privilege of employment.

APPEAL RIGHTS

This is the Agency's final decision concerning your complaint. If you are dissatisfied with the Agency decision, you have the right to appeal, within 30 calendar days of your receipt of this final agency decision, to:

> Equal Employment Opportunity Commission
> Office of Federal Operations
> P.O. Box 19848
> Washington, DC 20036

EEOC Form 573, "Notice of Appeal/Petition to the Equal Employment Opportunity Commission," is enclosed.

You may file a statement brief in support of your appeal within thirty (30) calendar days of filing the Notice of Appeal. The EEOC, Office of Federal Operations accepts statements or briefs in support of appeals by facsimile transmittal (Fax No.: (202) 663-7022), provided that they are no longer than ten (10) pages.

At the same time that the appeal and statement or brief in support of the appeal are filed with the EEOC, you must furnish copies to:

> U.S. Environmental Protection Agency
> Karen D. Higginbotham, Director
> Office of Civil Rights - (MC 1201A)
> 1200 Pennsylvania Avenue, NW
> Washington, D.C. 20460

and

Stephen Pressman, Associate General Counsel
Civil Rights Law Office - (MC 2399A)
Office of General Counsel
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

In or attached to the appeal and statement or brief in support of the appeal, you must certify the date and method by which service was made to the Agency.

You also have the right to file a civil action in an appropriate United States District Court. If you choose to file a civil action, you may do so:

- within 90 days of receipt of this final agency decision, if no appeal to EEOC has been filed;

- within 90 days after receipt of the EEOC's final decision on appeal; or

- after 180 days from the date of filing an appeal with the EEOC if there has been no final decision by the EEOC.

If you file a civil action in a United States District Court, you must name Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, as the defendant. Failure to provide Mr. Johnson's name or official title may result in the dismissal of your case.

If you decide to file a civil action under Title VII or under the Rehabilitation Act and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs or other security. The grant or denial of the request is within the sole discretion of the Court. Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action MUST BE FILED WITHIN NINETY (90) CALENDAR DAYS of the date you received the EEOC's decision.

If a civil action is filed, we request that you mail a copy of the civil complaint on the date of its filing to:

U.S. Environmental Protection Agency
General Counsel - (MC 2311A)
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

and

Page 3 of 4

Karen D. Higginbotham, Director
Office of Civil Rights - (MC 1201A)
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

If you have any questions concerning this matter, please contact Betty Harderman at (202) 564-7268.

Sincerely,

Karen D. Higginbotham
Director

Enclosure

cc: Stephen Pressman, Associate General Counsel
Civil Rights Law Office - (MC 2399A)
Office of General Counsel
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460