UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES T. WALKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 05-2118 (ESH)<br>STEPHEN JOHNSON, Administrator, )<br>U.S. Environmental Protection Agency, )<br>)<br>Defendant. ) | |

ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, the memorandum of points and authorities in support thereof, the statement of material facts not in dispute, and attached exhibits, any opposition thereto, any reply, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED.

_____
UNITED STATES DISTRICT JUDGE