UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES T. WALKER                           )<br>                                            )<br>      Plaintiff,                          )<br>                                            )<br>v.                                    )<br>                                            )<br>STEPHEN JOHNSON, Administrator   )<br>U.S. Environmental Protection Agency    )<br>                                            )<br>     Defendant.                       )<br>_____)| Civil Action No. 05-2118 (ESH) |

ORDER

UPON CONSIDERATION of Plaintiff's Motion for a Continuance to Conduct Discovery, Defendant's response, any reply, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Plaintiff's Motion shall be, and hereby is, DENIED in part, and GRANTED in part: Plaintiff's request for discovery pursuant to Federal Rule of Civil Procedure 56(f) is hereby DENIED; however, Plaintiff's unopposed request for an additional thirty days within which to respond to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, is GRANTED;

and it is further

ORDERED that Plaintiff shall file his response to Defendant's motion within thirty days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

Kathleen Konopka
Assistant United States Attorney
555 Fourth Street, NW
Room E4412
Washington, DC 20530

James T. Walker
136 West Quail Lane
La Plata, Maryland 20646