

**James-Doctor Walker/DC/USEPA/US**
02/16/2006 09:38 AM

To  Paul Winick/DC/USEPA/US@EPA
cc
bcc
Subject  Could you contact your lead attorney in the case that I now have against EPA to inform her that she can send me an electronic version of the Agency's reply to my complaint, since it appears that she will file it electronically with the district court? Also, let her know that I will file a motion for limited discovery, so that I can properly respond to any dispositive motions that she/you may be file.

James T. Walker, Ph. D.
Senior Environmental Scientist
National Center for Environmental Assessment (8623D)
Office of Research and Development
US Environmental Protection Agency
Ariel Rios Bldg, 1200 Pennsylvania Ave NW
Washington, DC 20460
tel:  202-564-3316
fax:  202-565-0078
email:  walker-james-doctor@epa.gov

Direct delivery address (Fed Ex, UPS)/physical location:
National Center for Environmental Assessment (8623D)
ORD/US EPA
808 17th St NW, Room 520W07
Washington, DC 20006