UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. James T. Walker,<br><br>**PLAINTIFF**<br><br>v.<br><br>Stephen L. Johnson, Administrator<br>US EPA<br><br>**DEFENDANT** | Civil Action<br>No.1:05CV02118<br>Judge: <u>ESH</u> |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for a Continuance to Conduct Discovery, Defendant's Response, and Reply, and the record herein, it is on this_____ day of _____, 2006, hereby

ORDERED that Plaintiff Motion shall be, and hereby is, GRANTED and Plaintiff's request for discovery pursuant to F.R.C.P 56(f), and an additional 30 days to respond to Defendant's Motion to Dismiss , or, in the Alternative, for Summary Judgment is GRANTED.

_____
United States District Judge