**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES T. WALKER,               ) | |
|               ) | |
|       Plaintiff,     ) | |
|               ) | |
|     v.              ) | Civil Action No. 05-2118 (ESH) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES T. WALKER,                              )
                                              )
                Plaintiff,                    )
                                              )
        v.                                    )        Civil Action No. 05-2118 (ESH)
                                              )
STEPHEN JOHNSON, Administrator                )
U.S. Environmental Protection Agency,         )
                                              )
                Defendant.                    )
_____)

**SCHEDULING ORDER**

UPON CONSIDERATION of the parties Joint Report filed, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the parties shall complete discovery in the above-captioned case in 150 days;

FURTHER ORDERED that Initial Disclosures shall be exchanged in accordance with Federal Rule of Civil Procedure 26(a)(1);

FURTHER ORDERED that expert witness reports, if any, shall be exchanged in accordance with Federal Rule of Civil Procedure 26(a)(2);

FURTHER ORDERED that any dispositive motions shall be filed no later than 60 days after the close of discovery, and oppositions and replies shall be filed in accordance with Court rules.

_____
UNITED STATES DISTRICT JUDGE