UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES T. WALKER,            ) | |
| )| |
| Plaintiff,            ) | |
| ) | |
| )       | Civil Action No. 05-2118 (ESH) |
| )| |
| STEPHEN L. JOHNSON,      ) | |
| )| |
| Defendant.            )| |

**ORDER OF REFERRAL**

Based upon the status hearing this date, it is hereby

**ORDERED** this matter is referred to Magistrate Judge Robinson for discussion of discovery disputes, to begin on or about January 19, 2007. On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Deborah Robinson following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number. The parties are to jointly contact the Magistrate Judge in order to schedule the conference.

**SO ORDERED.**

                                                          _____s/_____
                                                          ELLEN SEGAL HUVELLE
                                                          United States District Judge

Date: December 8, 2006