# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES WALKER** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No.: 05-2118 (ESH/DAR)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **STEPHEN JOHNSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF SUBSTITUTION OF APPEARANCE

The Clerk of Court will please withdraw the appearance of Assistant United States

Attorney Kathleen Konopka, and enter the appearance of Assistant United States Attorney

Alexander D. Shoaibi, as counsel for Defendants.


_____/s/_____
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236