# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James T. Walker, ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | Civil Action |
| ) | No.05-2118 |
| ) | (ESH/DAR) |
| Stephen L. Johnson, Administrator ) | |
| US Environmental Protection Agency ) | |
| ) | |
| **DEFENDANT** ) | |

## MOTION TO LEAVE TO AMEND MOTION
## TO COMPEL DISCOVERY

Pursuant to LCvR 7(i), Plaintiff hereby requests that this Court allow him to leave to amend his original Motion to Compel that he filed on December 22, 2006. The original Motion had some typographical errors and did not include a certification as required by FRCP Rule 37(a). No other substantive changes were made. Copies of the original and amended Motions are attached.

**RECEIVED**

DEC 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

              Respectfully Submitted

              */s/ James T. Walker*
              James T. Walker, *Pro Se*
              136 West Quail Lane
              La Plata, Maryland 20646
              (301) 654-6376

## LCvR 7(m) Requirement

During the week of December 18, 2006, before filing this motion, I called counsel many times to discuss the anticipated motion, in a good faith effort to determine whether he opposed the relief sought. I also called him to get his address. He could not be reached, because his voice mailbox was full. I also called Kathleen Konopka, but she did not return my calls. I had to go the Clerk's Office to obtain counsel's address, so that he could be served this Motion.

## CERTIFICATE OF SERVICE

I, James T. Walker, hereby state that, on this date December 26, 2006, I mailed/e-mailed a copy of this "**MOTION TO LEAVE TO AMEND MOTION TO COMPEL**" to:

      Alexander Daniel Shoaibi
      Assistant United States Attorney
      555 Fourth Street, NW
      Room E4218
      Washington, DC 20530
Email:   Alexander.d.shoaibi@usdoj.gov

      */s/ James T. Walker*
      James T. Walker, *Pro Se*
      136 West Quail Lane
      La Plata, Maryland 20646
      (301) 654-6376