# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James T. Walker, **PLAINTIFF** <br><br> v. <br><br> Stephen L. Johnson, Administrator <br> US Environmental Protection Agency <br><br> **DEFENDANT** | Civil Action <br> No.05-2118 <br> (ESH/DAR) |

## ORDER

Upon consideration of the aforementioned Motion to Leave to Amend Motion to Compel Discovery, it is this _____ day of _____, 2006;

ORDERED that the Plaintiff's Motion to Leave to Amend Motion to Compel Discovery is hereby Granted.

                                                 Judge, US District Court for DC