UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES WALKER                    ) | |
| )| |
| Plaintiff,             ) | Civil Action No.: 05-2118 (ESH/DAR) |
| ) | |
| v.                              ) | |
| ) | |
| STEPHEN JOHNSON,                ) | |
| Administrator, U.S. Equal Protection Agency  ) | |
| ) | |
| Defendant.             ) | |
| ) | |
| ) | |

**OPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO
DEFENDANT'S AMENDED MOTION TO COMPEL DISCOVERY**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Stephen Johnson, Administrator, U.S. Equal Protection Agency, by counsel, respectfully moves for a one week extension of time, to and including January 15, 2007, within which to file its opposition to plaintiff's amended motion to compel discovery. Defendant's opposition is presently due on January 8, 2007. This is the Defendant's first request for an enlargement of time for this purpose. Undersigned counsel spoke with Plaintiff pro se, and he opposes the granting of an extension of time for the filing of defendant's opposition.

Undersigned counsel seeks this additional time in order to complete a memorandum addressing plaintiff's arguments in his amended motion to compel discovery. This case recently was transferred to undersigned counsel, who did not participate in the preparation of defendant's responses to discovery. Undersigned counsel has reviewed the discovery provided in this case and has substantially prepared an opposition to plaintiff's amended motion to compel. Obligations in other recently assigned and transferred cases, along with abbreviated work weeks

due to the holidays, however, make it necessary to request more time. In addition, although this Court's December 18, 2006 order called for defendant to file his motion to compel on or before December 22, 2006, the first filing of such a motion noted on the court's docket was of an amended motion to compel discovery on December 26, 2006 (docket #18). This late filing of defendant's motion shortened the time available to defendant to prepare its response.

For the foregoing reasons, the defendant respectfully requests that this motion for an enlargement of time be granted.[1] In addition, defendant would ask that the deadline for the filing of defendant's reply be extended from January 19, 2007 to January 25, 2007.

Dated: January 8, 2007.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C. 20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this  8th   day of January, 2007, I caused the foregoing

**Defendant's Opposed Motion for Enlargement of Time** to be served on plaintiff, postage

prepaid, addressed as follows:

        James T. Walker
        136 West Quail Lane
        La Plata, Maryland 20646


          /s/
        ALEXANDER D. SHOAIBI
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES WALKER ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 05-2118 (ESH/DAR) |
| ) | |
| v. ) | |
| ) | |
| STEPHEN JOHNSON, ) | |
| Administrator, U.S. Equal Protection Agency ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ORDER

**UPON CONSIDERATION** of defendant's opposed motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall file its opposition to plaintiff's Amended Motion to Compel Discovery on or before January 15, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.