UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES T. WALKER,

                Plaintiff,

v.

STEPHEN JOHNSON, Administrator,
   U.S. Environmental Protection Agency,

                Defendant.

Civil Action No.  05-2118
        ESH/DAR

## ORDER

Plaintiff, in this Title VII action, alleges that Defendant retaliated against him for engaging in EEO activity, and discriminated against him by not selecting him for promotion to a position for which he applied in 1997. *See generally* Complaint (Docket No. 1). Plaintiff's Amended Motion to Compel Discovery (Docket No. 20) is pending for determination by the undersigned. In it, Plaintiff seeks to compel Defendant to produce additional documents in response to his six requests for production of documents which are the subject of the motion.[1] Plaintiff submits that all of the documents which Defendant has withheld from production are relevant to his claims in this action, and that Defendant's objections to his requests for production of documents are improper. Plaintiff's Amended Motion to Compel Discovery at 10-11.

Defendant, in his opposition, maintains that he has produced all responsive documents in his possession which are relevant. Opposition to Defendant's Motion to Compel Discovery

---

[1] Plaintiff includes as an exhibit to his motion "Defendant's Responses to Plaintiff's First through Sixth Requests for Production of Documents" (Docket No. 20, Exhibit A). With respect to the first request, Defendant represents that all responsive documents in Defendant's possession have been produced; with respect to the second request, Defendant represents that he produced Plaintiff's personnel file.

Walker v. Johnson 2

("Defendant's Opposition") (Docket No. 22) at 4-9.[2] Defendant submits that any remaining responsive documents in his possession are irrelevant, or that the search for such documents would be unduly burdensome. Defendant's Opposition at 9-15.

Plaintiff, in his reply, "argues that Defendant cannot respond to a Rule 26(b)(1) request for documentation by merely stating an objection." Plaintiff's Response to Defendant's Opposition to His Motion to Compel Discovery (Docket No. 23) at 6.

Upon consideration of Plaintiff's Amended Motion to Compel Discovery, Defendant's opposition thereto, Plaintiff's reply and the entire record herein, Plaintiff's motion will be denied for the reasons offered by Defendant in Defendant's written opposition. More specifically, the undersigned finds that Defendant has already produced all relevant responsive documents in his possession.[3] With respect to Plaintiff's third, fourth, fifth and sixth requests for production of documents, the undersigned finds that such requests are overbroad and irrelevant, and that even a search for any responsive documents would be unduly burdensome. For example, Plaintiff's fourth request is for

> documents from NCEA's electronic files showing all "global" emails sent by NCEA employees (including managers) since 1995. All documents identifying all EPA, ORD, and NCEA policies regarding the sending of "global" emails. All documents in NCEA's possession or files that identif[y] all admonishments sent by NCEA managers to NCEA employees for sending "global" emails. All notes and email correspondence made between [four named individuals and the "upper management" of one of them] regarding the "global" email issue.

---

[2] *See also* n.1, *supra*.

[3] *See* n.1, *supra.*

Walker v. Johnson                                                                                                                         3

Plaintiff's Amended Motion to Compel, Exhibit A at 5.  No construction of such request could be regarded as reasonable in the context of an action in which Plaintiff seeks relief for (1) alleged retaliation for participation in EEO activity and (2) non-selection for a promotion for which he applied in 1997.  Complaint, ¶¶9-15; Joint Rule 16.3©) / Rule26(f) Report (Docket No. 14) at 1-2.

      For these reasons, it is, this 6th day of February, 2007,

      **ORDERED** that Plaintiff's Amended Motion to Compel Discovery (Docket No. 20) is **DENIED.**

February 6, 2007                                                                          /s/
                                                                               DEBORAH A. ROBINSON
                                                                               United States Magistrate Judge