UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES WALKER               ) | |
|         Plaintiff,    ) | Civil Action No.: 05-2118 (ESH/DAR) |
| v.                          ) | |
| STEPHEN JOHNSON,            ) | |
| Administrator, U.S. Equal Protection Agency    ) | |
|         Defendant.   ) | |

**FIRST MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S MODIFIED MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Stephen Johnson, Administrator, U.S. Equal Protection Agency, by counsel, respectfully moves for a one week extension of time, to and including February 23, 2007, within which to file its modified motion to dismiss, or in the alternative, for summary judgment. Defendant's motion is presently due on February 16, 2007. This is the Defendant's first request for an enlargement of time for this purpose. Undersigned counsel called Plaintiff pro se, and left a message to obtain his position on defendant's motion for extension of time. At the time of filing this motion, undersigned counsel has not yet heard back from plaintiff.

Undersigned counsel seeks this additional time in order to complete its revision of the motion to dismiss, or in the alternative, for summary judgment previously filed. Defendant's revised dispositive motion is substantially complete, but because of the local weather emergency and specifically because of school closings from the afternoon of February 13 through the February 16 filing deadline and undersigned counsel's attendant personal responsibilities

unrelated to work, undersigned counsel will not be able to complete and file defendant's dispositive motion by the original deadline set by this Court at the December 8, 2006 status conference.

For the foregoing reasons, the defendant respectfully requests that this motion for an enlargement of time be granted.[1] In addition, defendant would ask that the deadline for the filing of defendant's opposition be extended from March 16, 2007 to March 23, 2007; and that the deadline for the filing of defendant's reply be extended from April 2, 2007 to April 9, 2007.

Dated: February 15, 2007.

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

__/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C. 20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this  15th   day of February, 2007, I caused the foregoing

**Defendant's First Motion for Extension of Time** to be served on plaintiff, postage prepaid,

addressed as follows:

>James T. Walker
>136 West Quail Lane
>La Plata, Maryland 20646

        /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

Case 1:05-cv-02118-RMC    Document 25    Filed 02/15/2007    Page 4 of 4