UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES WALKER | ) |
| | ) |
| Plaintiffs, | ) Civil Action No.: 05-2118 (ESH/DAR) |
| | ) |
| v. | ) |
| | ) |
| STEPHEN JOHNSON, | ) |
| Administrator, U.S. Equal Protection Agency | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**UPON CONSIDERATION** of defendant's first motion for enlargement of time to file its modified motion to dismiss, or in the alternative, for summary judgment, it is hereby

**ORDERED** that the motion is **GRANTED**. Defendant shall file its motion to dismiss, or in the alternative, for summary judgment on or before February 23, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.