# Exhibit 1



# U.S. ENVIRONMENTAL PROTECTION AGENCY
## Headquarters - Washington, DC
## VACANCY ANNOUNCEMENT

| | |
|---|---|
| VACANCY ANNOUNCEMENT NO. | : 8-OA-9014 |
| POSITION, SERIES & GRADE | : ENVIRONMENTAL SCIENTIST, GS-1301-13/14 |
| OPENING DATE | : 12-15-97 |
| CLOSING DATE | : 12-29-97 |
| SALARY | : GS-13 $54,629 - $71,017 PA    GS-14  $64,555 - $83,922 PA |
| PROMOTION POTENTIAL | : GS-14 |
| LOCATION | : Office of the Administrator |
| | Office of Children's Health Protection |
| | Washington, D. C. |
| AREA OF CONSIDERATION | : EPA Wide - Employees with status only |

## DUTIES AND RESPONSIBILITIES

As Environmental Scientist the incumbent functions as principal advisor to the Director, Office of Children's Health Protection (OCHP), Office of the Administrator, on children's health and environmental threats. Major duties and responsibilities include: working with EPA Regional Offices, as well as the laboratories and other field offices to ensure coordination of program direction and professionalism of children's health functions; reviewing interagency agreements and Headquarters purchase request requisitions expected to result in contracts in the areas of children's health and environmental threats; serving as a contact point for communications activities among program offices, OCHP, regional information offices, other government organizations and groups whose programs and interests are affected by EPA actions; providing policy direction for and coordination and oversight of EPA's relations with constituency groups; conducting a retrospective review of EPA's existing standards in order to select standards that should be more protective of children; developing procedures to improve the regulatory systems to better protect children's health; developing procedures and training to assure that EPA meets its commitment to set standards that adequately protect against different health effects facing children and ensuring the coordination and individual rulemakings and other Agency activities affecting children's environmental health; serving as project leader on one or more standard development and implementation activities; serving as technical coordinator for the evaluation of research and development programs; serving as technical point of contact and liaison between the OCHP and EPA program offices, other Federal agencies, States, the Congress and industry; and preparing technical studies and reports.

## QUALIFICATION REQUIREMENTS

Applicants must have general and/or specialized experience as described below. This requirement is in accordance with the OPM.'s *Operating Manual for Qualifications Standards of General Schedule Positions* which specifies when and how education may be substituted for experience. When specified, applicants must also meet any Mandatory (Selective Placement) Factors listed. Status applicants must also meet time-in-grade requirements within 30 calendar days of the closing date of this announcement.

For the GS-13: Applicants must possess at least one year of directly related experience equivalent to the GS-12 level.
For the GS-14: Applicants must possess at least one year of directly related experience equivalent to the GS-13 level.

## EVALUATION CRITERIA

Applicants who meet the qualification requirements above will be further evaluated to determine the extent to which their education, related experience, training, awards, and supervisory appraisal demonstrate they possess the desired knowledge, skills, and abilities (KSA's) listed below. As an addendum to your application, you are strongly encouraged to attach a separate sheet relating your qualifications to the specific requirements (Ranking Factors) of this position.

1. Skill in applying the principles, theories and practices of environmental science and health physics.
2. Ability to meet and deal with scientific and non-scientific groups in other Federal agencies, States, the Congress, and industry on matters pertaining to children's health and environmental threats.
3. Skill in written communications to produce study proposals, project plans, scientific and technical papers, and reports.
4. Skill in oral communications in both formal and informal settings.
5. Ability to perform program management and oversight functions.

# HOW TO APPLY

[Yo]u may apply by submitting a resume, an "Optional Application for Federal Employment" (Form OF-612), or a SF-171 for each [v]acancy announcement. Current and former Federal employees must submit a copy of their last Notification of Personnel Action (SF-50) which indicates tenure group, grade level and/or date of separation. The application should include all experience, education, training, self-development, awards, commendations, outside activities, or other information relevant to the announced vacancy. Credit may be given only if there is enough information to indicate the job-relatedness and value of any experience, training, awards, etc. submitted. Please do not send copies of previous job descriptions, manuscripts, personal endorsements, or other unsolicited materials. Because applications will not be returned, original documents should not be submitted. Applications submitted in franked Government envelopes or received from a federal government fax machine will not receive consideration. Envelopes with postage due will be returned to sender. **FAILURE TO SUBMIT ALL REQUIRED FORMS AT THE TIME OF APPLICATION WILL RESULT IN AN INELIGIBLE RATING FOR THIS POSITION.**

**SEND INFORMATION TO:**     U.S. Environmental Protection Agency
                             Human Resource Staff – 3645
                             401 M Street, S.W.
                             Washington, DC 20460

**FAX INFORMATION TO:** (202) 401-3510

**Agency Contact:** Francine Butler          Phone: 202-260-2994
Hearing impaired applicants may call 202-260-3141
A copy of this vacancy announcement may be obtained by calling (202) 260-6000.

**RECEIPT OF APPLICATIONS:** Applications will be accepted if <u>received in person, postmarked, or faxed</u> by the closing [da]te of this announcement.

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER.**