Exhibit 2

AFFIDAVIT OF DR. JAMES T. WALKER
9803 Churchill Drive
Upper Marlboro, Maryland 220772


EPA Case File #: 98-0092-HQ

I, James T. Walker (African-American), color (brown) make the following statement, freely and voluntarily to John L. Musa, who has identified himself to me as Contract EEO Investigator for the U.S. Environmental Protection Agency (EPA), investigating my complaint of discrimination filed against the EPA, expecting that this statement will be used in evidence for this case. I understand this statement is not confidential and may be shown to any interested party in accordance with EEOC regulations. I hereby solemnly swear that:

1.     I currently work in the Office of Research and Development (ORD), National Center for environmental Assessment-Washington Office, Immediate Office, U.S. Environmental protection Agency (EPA) as a GS-1301-13/10 Environmental Scientist. My first and second line supervisors are Charles Ris, Deputy Director, National Center for Environmental Assessment -Washington Office and Karen Hammerstroms, Acting Director, National Center for Environmental Assessment-Washington Office, respectively.

2.     On or about 12/97, I applied for a GS 14 environmental scientist position in the Office of the Administrator (OA), Office of Children's Health Protection (OCHP) by submitting an application under vacancy announcement No: 8-OA-9014.

3.     The duties and responsibilities, qualification requirements, and evaluation criteria are found in the announcement for the position (See exhibit # 98-0092-HQ- 1).

4.     A copy of my application shows that I was more than qualified for the position and my qualifications matched almost exactly those that were required for the position ( See exhibit # 98-0092-HQ-2).

5.     On or about 3/98, I was informed by Francine Butler, Personnel Staffing Specialist, that I did not make the cert for the position and that a white women was selected.

6.     After going thru the informal pre-complaint process, On July 14, 1998, I filed a discrimination complaint against the Environmental Protection Agency (EPA). Because the person selected for the position was a white women, I allege that I did not make the cert and was not selected because of my race, color, and gender. I also allege that, Romana Trovota, Director, OCHP, took reprisal against me for participating in previous EEO activity while in a previous program office. Trovota was my previous office

director and she was aware of my previous EEO activity. Furthermore, I alleged that this non-selection represented a continuous pattern of discrimination against me since I was hired in 1984.

7.    As described in paragraphs 8 to 10 below, the reasons given by those parties involved to explain why I did not make the cert are not true, but are being used as a pretext to disguise their discriminatory motive.

8.    First, according to the EEO counselor's report the Subject-Matter-Expert (hereinafter called "SME"), stated that: *"s\he did not know the race of the individual and this was not stated on the application and there was no prior knowledge of complainant ...."* Although it is true that my race was not specifically stated, the application showed that I received my B.S. and MS from Howard University and was a member of the National Society of Black Physicists and Blacks in Government. It is common knowledge that Howard is one of the Historical Black Colleges and that "Blacks" would be a member of Blacks in Government. In other words, there was enough information in the application package for the SME to determine my race. I also believe the SME knew me. The EEO counselor did not provide the name of the SME and will have to be obtained from the files, but, I knew most the folks in OCHP and most likely met and talked to the SME before, because I've been in that office many times to talk to folks about vacancies and scientific issues.

9.    Second, the SME told the EEO counselor that the *"ranking factor one was an irrelevant point for the job."* According to the original position description for this job, factor one was the most important factor for the position with a value of 1550 points.(See Exhibit # ).This factor establishes the technical knowledge requirements for the job. If the person selected does not have that knowledge, then she should not be a GS-14. The above statement implies that the SME chose a person who does not have the technical and scientific expertise to work in an environmental scientist GS-14 position.

10.    Third, the SME told the EEO counselor that the *"The factor was removed before receiving the package of applications"* First, it is not believable that this happened. By changing the qualifications requirements after the closing date for the applications, all persons involved in doing this violated OPM rules. The whole process "stinks, " of discrimination by its very nature and seems like it was implemented to keep out the only person that was actually qualified for the position, me.

I summary, I believe very strongly that there is more than sufficient evidence to support my allegation that I was not selected for the position for which I applied and was highly qualified for was because of my race, color, gender, and reprisal. Although the rating and selection officials assert that race and gender was not issue, a preponderance of evidence will be presented that will show that these factors played a significant role in the selection of the person who got the job. This represents a form of continuous pattern of discrimination against me.

I have read the above statement consisting of 3 pages, and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties in accordance with EEOC regulations. I reserve the right to provide a rebuttal to all statements taken by the investigator for this case.

Dr. James T. Walker, Complainant

Date:        March 5, 2000

Subscribed and sworn to before me
at Washington, D.C., on this ____ day of March 2000.

John L. Musa
Contract EEO Investigator

3