# Exhibit 6

| EPA | MERIT PROMOTION APPLICANT RATING SHEET | ANNOUNCEMENT NO: 8-OA-9014 |
|---|---|---|

**NAME OF APPLICANT**  James T. Walker

| FACTOR #1 (Use this block to itemize information on applicant's evidence of this factor) Skill in applying the principles, theories and practices of environmental science. | Point value assigned 3 |
|---|---|
| FACTOR #2 (Use this block to itemize information on applicant's evidence of this factor) Ability to meet and deal with scientific and non-scientific groups in other Federal agencies, States, the Congress, and industry on matters pertaining to children's health and environmental threats. | Point value assigned 1 |
| FACTOR #3 (Use this block to itemize information on applicant's evidence of this factor) Skill in written communications to produce study proposals, project plans, scientific and technical papers, and reports. | Point value assigned 3 |
| FACTOR #4 (Use this block to itemize information on applicant's evidence of this factor) Skill in oral communications in both formal and informal settings. | Point value assigned 2 |
| FACTOR #5 (Use this block to itemize information on applicant's evidence of this factor) Ability to perform program management and oversight functions. | Point value assigned 2 |
|  | 11 |

**NAME OF RATER**  Margaret Kelly

WPS.1 version of E

| EPA | MERIT PROMOTION APPLICANT RATING SHEET | ANNOUNCEMENT NO: 8-OA-9014 |
|---|---|---|

**NAME OF APPLICANT** Paula Rae Good

| FACTOR | Point value assigned |
|---|---|
| **FACTOR #1** (Use this block to itemize information on applicant's evidence of this factor) Skill in applying the principles, theories and practices of environmental science. | 3 |
| **FACTOR #2** (Use this block to itemize information on applicant's evidence of this factor) Ability to meet and deal with scientific and non-scientific groups in other Federal agencies, States, the Congress, and industry on matters pertaining to children's health and environmental threats. | 3 |
| **FACTOR #3** (Use this block to itemize information on applicant's evidence of this factor) Skill in written communications to produce study proposals, project plans, scientific and technical papers, and reports. | 3 |
| **FACTOR #4** (Use this block to itemize information on applicant's evidence of this factor) Skill in oral communications in both formal and informal settings. | 4 |
| **FACTOR #5** (Use this block to itemize information on applicant's evidence of this factor) Ability to perform program management and oversight functions. | 4 |
|  | 17 |

**NAME OF RATER** Margaret Kelly

WP5.1 version of EPA Form 3115-27 (9-84)

| EPA | MERIT PROMOTION APPLICANT RATING SHEET | ANNOUNCEMENT NO: 8-OA-9014 |
|---|---|---|

**NAME OF APPLICANT** Robin Anderson

| FACTOR #1 (Use this block to itemize information on applicant's evidence of this factor) Skill in applying the principles, theories and practices of environmental science. | Point value assigned 4 |
|---|---|
| FACTOR #2 (Use this block to itemize information on applicant's evidence of this factor) Ability to meet and deal with scientific and non-scientific groups in other Federal agencies, States, the Congress, and industry on matters pertaining to children's health and environmental threats. | Point value assigned 2 |
| FACTOR #3 (Use this block to itemize information on applicant's evidence of this factor) Skill in written communications to produce study proposals, project plans, scientific and technical papers, and reports. | Point value assigned 3 |
| FACTOR #4 (Use this block to itemize information on applicant's evidence of this factor) Skill in oral communications in both formal and informal settings. | Point value assigned 3 |
| FACTOR #5 (Use this block to itemize information on applicant's evidence of this factor) Ability to perform program management and oversight functions. | Point value assigned 4  2 |
| (Eligible?) Personnel needs to check if this person is eligible to apply for a GS-14. She is a GS-12. MK | 16 |

**NAME OF RATER** Margaret Kelly

WP5.1 version of EPA Form 3115-27 (9-84)

| EPA | MERIT PROMOTION APPLICANT RATING SHEET | ANNOUNCEMENT NO: 8-OA-9014 |
|---|---|---|

NAME OF APPLICANT: Denny Cruz

| FACTOR | Point value assigned |
|---|---|
| **FACTOR #1** (Use this block to itemize information on applicant's evidence of this factor) Skill in applying the principles, theories and practices of environmental science. | 4 |
| **FACTOR #2** (Use this block to itemize information on applicant's evidence of this factor) Ability to meet and deal with scientific and non-scientific groups in other Federal agencies, States, the Congress, and industry on matters pertaining to children's health and environmental threats. | 2 |
| **FACTOR #3** (Use this block to itemize information on applicant's evidence of this factor) Skill in written communications to produce study proposals, project plans, scientific and technical papers, and reports. | 3 |
| **FACTOR #4** (Use this block to itemize information on applicant's evidence of this factor) Skill in oral communications in both formal and informal settings. | 3 |
| **FACTOR #5** (Use this block to itemize information on applicant's evidence of this factor) Ability to perform program management and oversight functions. | 4 |
|  | 16 |

NAME OF RATER: Margaret Kelly

WPS.1 version of EPA Form 3115-27 (9-84)

| EPA | MERIT PROMOTION APPLICANT RATING SHEET | ANNOUNCEMENT NO: 8-OA-9014 |
|---|---|---|

**NAME OF APPLICANT** Patricia Anne Smith

| | Point value assigned |
|---|---|
| **FACTOR #1** (Use this block to itemize information on applicant's evidence of this factor) Skill in applying the principles, theories and practices of environmental science. | 2 |
| **FACTOR #2** (Use this block to itemize information on applicant's evidence of this factor) Ability to meet and deal with scientific and non-scientific groups in other Federal agencies, States, the Congress, and industry on matters pertaining to children's health and environmental threats. | 1 |
| **FACTOR #3** (Use this block to itemize information on applicant's evidence of this factor) Skill in written communications to produce study proposals, project plans, scientific and technical papers, and reports. | 2 |
| **FACTOR #4** (Use this block to itemize information on applicant's evidence of this factor) Skill in oral communications in both formal and informal settings. | 2 |
| **FACTOR #5** (Use this block to itemize information on applicant's evidence of this factor) Ability to perform program management and oversight functions. | 4 |
| | 11 |

NAME OF: Margaret Kelly

WPS.1

| EPA | MERIT PROMOTION APPLICANT RATING SHEET | ANNOUNCEMENT NO: 8-OA-9014 |
|---|---|---|

**NAME OF APPLICANT** Theresa Alexander

| | Point value assigned |
|---|---|
| **FACTOR #1** (Use this block to itemize information on applicant's evidence of this factor) Skill in applying the principles, theories and practices of environmental science. | 2 |
| **FACTOR #2** (Use this block to itemize information on applicant's evidence of this factor) Ability to meet and deal with scientific and non-scientific groups in other Federal agencies, States, the Congress, and industry on matters pertaining to children's health and environmental threats. | 1 |
| **FACTOR #3** (Use this block to itemize information on applicant's evidence of this factor) Skill in written communications to produce study proposals, project plans, scientific and technical papers, and reports. | 2 |
| **FACTOR #4** (Use this block to itemize information on applicant's evidence of this factor) Skill in oral communications in both formal and informal settings. | 1 |
| **FACTOR #5** (Use this block to itemize information on applicant's evidence of this factor) Ability to perform program management and oversight functions. | 3 |
| | 9 |

**NAME OF RATER** Margaret Kelly

WP5.1 version of EPA Form 3115-27 (9-84)

| EPA | MERIT PROMOTION APPLICANT RATING SHEET | ANNOUNCEMENT NO: 8-OA-9014 |
|---|---|---|

**NAME OF APPLICANT** James Barron

| FACTOR #1 (Use this block to itemize information on applicant's evidence of this factor) Skill in applying the principles, theories and practices of environmental science. | Point value assigned 4 |
|---|---|
| FACTOR #2 (Use this block to itemize information on applicant's evidence of this factor) Ability to meet and deal with scientific and non-scientific groups in other Federal agencies, States, the Congress, and industry on matters pertaining to children's health and environmental threats. | Point value assigned 2 |
| FACTOR #3 (Use this block to itemize information on applicant's evidence of this factor) Skill in written communications to produce study proposals, project plans, scientific and technical papers, and reports. | Point value assigned 3 |
| FACTOR #4 (Use this block to itemize information on applicant's evidence of this factor) Skill in oral communications in both formal and informal settings. | Point value assigned 2 |
| FACTOR #5 (Use this block to itemize information on applicant's evidence of this factor) Ability to perform program management and oversight functions. | Point value assigned 4 |
|  | 15 |

**NAME OF RATER** Margaret Kelly

WP5.1 version of EPA Form 3115-27 (9-84)

| EPA | MERIT PROMOTION APPLICANT RATING SHEET | ANNOUNCEMENT NO: 8-OA-9014 |
|---|---|---|

**NAME OF APPLICANT** Kung Wei Yeh

| FACTOR #1 (Use this block to itemize information on applicant's evidence of this factor) Skill in applying the principles, theories and practices of environmental science. | Point value assigned  3 ×3=9 |
|---|---|
| FACTOR #2 (Use this block to itemize information on applicant's evidence of this factor) Ability to meet and deal with scientific and non-scientific groups in other Federal agencies, States, the Congress, and industry on matters pertaining to children's health and environmental threats. | Point value assigned  2 ×2=4 |
| FACTOR #3 (Use this block to itemize information on applicant's evidence of this factor) Skill in written communications to produce study proposals, project plans, scientific and technical papers, and reports. | Point value assigned  3 |
| FACTOR #4 (Use this block to itemize information on applicant's evidence of this factor) Skill in oral communications in both formal and informal settings. | Point value assigned  1 |
| FACTOR #5 (Use this block to itemize information on applicant's evidence of this factor) Ability to perform program management and oversight functions. | Point value assigned  3 |
| | 12 |

**NAME OF RATER** Margaret Kelly

WPS.1 version of EPA rtg

| EPA | MERIT PROMOTION APPLICANT RATING SHEET | ANNOUNCEMENT NO: 8-OA-9014 |
|---|---|---|

NAME OF APPLICANT: Jonathan D. Edwards

| FACTOR | Point value assigned |
|---|---|
| **FACTOR #1** (Use this block to itemize information on applicant's evidence of this factor) Skill in applying the principles, theories and practices of environmental science. | 2 |
| **FACTOR #2** (Use this block to itemize information on applicant's evidence of this factor) Ability to meet and deal with scientific and non-scientific groups in other Federal agencies, States, the Congress, and industry on matters pertaining to children's health and environmental threats. | 2 |
| **FACTOR #3** (Use this block to itemize information on applicant's evidence of this factor) Skill in written communications to produce study proposals, project plans, scientific and technical papers, and reports. | 3 |
| **FACTOR #4** (Use this block to itemize information on applicant's evidence of this factor) Skill in oral communications in both formal and informal settings. | 4 |
| **FACTOR #5** (Use this block to itemize information on applicant's evidence of this factor) Ability to perform program management and oversight functions. | 4 |
| | 15 |

RATER: Margaret Kelly

EPA Form 3115-27 (9-84)