# Exhibit 7

| EPA    Merit Promotion Rating Plan Specifications | ANNOUNCEMENT NUMBER 8-OA-9014 |
|---|---|
| | POSITION Environmental Scientist, GS-1301-13/14 |

LIST ALL KNOWLEDGES, SKILLS, ABILITIES AND OTHER CHARACTERISTICS (KSAO'S) IDENTIFIED IN JOB ANALYSIS. LIST THE MOST IMPORTANT FIRST AND THE LEAST IMPORTANT LAST.

| RATING FACTOR NO. 1. Skill in applying the principles, theories and practices of environmental science and health physics. | FACTOR WEIGHT = 3 |
|---|---|

4 POINTS= Extensive experience in work requiring the application of the principles, theories and practices of environmental science and health physics.

3 POINTS= Some experience in work requiring the application of the principles, theories and policies of environmental science and health physics.

2 POINTS= Limited experience in work requiring the application of the principles, theories and policies of environmental science and health physics.

1 POINT= Little or no experience in work requiring the application of the principles, theories and policies of environmental science and health physics.

| RATING FACTOR NO. 2. Ability to meet and deal with scientific and non-scientific groups in other Federal agencies, States, the Congress, and industry on matters pertaining to children's health and environmental threats. | FACTOR WEIGHT= 3 |
|---|---|

 POINTS= Extensive experience in meeting and dealing with scientific and non-scientific groups in the private and Federal sectors to provide guidance on matters pertaining to children's health or public health and environmental threats.

3 POINTS= Some experience in meeting and dealing with scientific and non-scientific groups in the private and Federal sectors to provide guidance on matters pertaining to children's health or public health and environmental threats.

2 POINTS= Limited experience in meeting and dealing with scientific and non-scientific groups in the private and Federal sectors to provide guidance on matters pertaining to children's health or public health and environmental threats.

1 POINT= Little or no experience in meeting and dealing with scientific and non-scientific groups in private and Federal sectors to provide guidance on matters pertaining to children's health or public health and environmental threats.

| RATING PLAN DEVELOPED | RATING PLAN APPROVED |
|---|---|
| *Francine Butler* | |
| SIGNATURE OF PERSONNEL SPECIALIST AND DATE | SIGNATURE OF SUBJECT MATTER EXPERT AND DATE |

| EPA  Merit Promotion Rating Plan Specifications | ANNOUNCEMENT NUMBER 8-OA-9014 |
|---|---|
| | POSITION Environmental Scientist, GS-1301-13/14 |

| LIST ALL KNOWLEDGES, SKILLS, ABILITIES AND OTHER CHARACTERISTICS (KSAO'S) IDENTIFIED IN JOB ANALYSIS. LIST THE MOST IMPORTANT FIRST AND THE LEAST IMPORTANT LAST. ||
|---|---|
| RATING FACTOR NO. 3. Skill in written communications to produce study proposals, project plans, scientific and technical papers, and reports. | FACTOR WEIGHT = 3 |
| 4 POINTS= Extensive experience in preparing written communications to produce study proposals, project plans, scientific and technical papers, and reports. ||
| 3 POINTS= Some experience in preparing written communications to produce study proposals, project plans, scientific and technical papers, and reports. ||
| 2 POINTS= Limited experience in preparing written communications to produce study proposals, project plans, scientific and technical papers, and reports. ||
| 1 POINT= Little or no experience in preparing written communications to produce study proposals, project plans, scientific and technical papers, and reports. ||
| RATING FACTOR NO. 4. Skill in oral communications in both formal and informal settings. | FACTOR WEIGHT= 3 |
| 4 POINTS= Experience in communicating orally in both formal and informal settings, including within and outside the Agency on professional matters or at professional conferences and meetings. ||
| 3 POINTS= Some experience in communicating orally in both formal and informal settings only within the Agency on professional matters or at internal meetings and conferences. ||
| 2 POINTS= Experience in communicating orally either in a formal or informal setting with co-workers, supervisors and managers, and consulting with colleagues on professional matters. ||
| 1 POINT= Little or no experience in communicating orally either in a formal or informal setting. ||
| RATING PLAN DEVELOPED | RATING PLAN APPROVED |
| SIGNATURE OF PERSONNEL SPECIALIST AND DATE | SIGNATURE OF SUBJECT MATTER EXPERT AND DATE |

WP5.1 version of EPA form 3115-15 (Rev. 9-84)

| EPA   Merit Promotion Rating Plan Specifications | ANNOUNCEMENT NUMBER  8-OA-9014 |
|---|---|
| | POSITION  Environmental Scientist, GS-1301-13/14 |

LIST ALL KNOWLEDGES, SKILLS, ABILITIES AND OTHER CHARACTERISTICS (KSAO'S) IDENTIFIED IN JOB ANALYSIS. LIST THE MOST IMPORTANT FIRST AND THE LEAST IMPORTANT LAST.

| RATING FACTOR NO. 5.  Ability to perform program management and oversight functions. | FACTOR WEIGHT = 2 |
|---|---|

4 POINTS= Extensive experience serving as a technical authority and liaison on coordinating environmental program issues and activities, and providing advice and assistance to contacts.

3 POINTS= Some experience in serving as a technical authority and liaison on coordinating environmental program issues and activities, and providing advice and assistance to contacts.

2 POINTS= Limited experience as a technical authority and liaison on coordinating environmental program issues and activities, and providing advice and assistance to contacts.

1 POINT= Little or no experience as a technical authority and liaison on coordinating environmental program issues and activities, and providing advice and assistance to contacts.

| RATING FACTOR NO. | FACTOR WEIGHT= |
|---|---|

4 POINTS=

3 POINTS=

2 POINTS=

1 POINT=

| RATING PLAN DEVELOPED | RATING PLAN APPROVED |
|---|---|
| SIGNATURE OF PERSONNEL SPECIALIST AND DATE | SIGNATURE OF SUBJECT MATTER EXPERT AND DATE |

WP5.1 version of EPA form 3115-15 (Rev. 9-84)

| EPA | | | | | | | | | Announcement Number 8-OA-9014 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUMMARY RATING AND RANKING SHEET | | | | | | | | | Position Environmental Scientist, GS-1301-13/14 | | | |

| Candidates | Ranking Factor Points | | | | | | | | Total Points (a) | Divisor[1] (b) | Final Rating (c)[2] | Highly Qualified or Qualified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | | | | |
| Alexander, Theresa | 6 | 3 | 6 | 3 | 6 | | | | 24 | 14 | 1.71 | |
| Anderson, Robin | 12 | 6 | 9 | 9 | 8 | | | | 44 | 14 | 3.14 | HQ |
| Barron, James | 12 | 6 | 9 | 6 | 8 | | | | 41 | 14 | 2.93 | |
| Cruz, Denny | 12 | 6 | 9 | 9 | 8 | | | | 44 | 14 | 3.14 | HQ |
| Edwards, Jonathan | 6 | 6 | 9 | 12 | 8 | | | | 41 | 14 | 2.93 | |
| Ford, Ruby | Ineligible lacks spec. exp + educational reqmn | | | | | | | | | | | |
| Goode, Paula | 9 | 9 | 9 | 12 | 8 | | | | 47 | 14 | 3.36 | HQ |
| Smith, Patricia | 6 | 3 | 6 | 6 | 8 | | | | 29 | 14 | 2.07 | |
| Walker, James | 9 | 3 | 9 | 6 | 4 | | | | 31 | 14 | 2.21 | |
| Yeh, Kung-Wei | 9 | 6 | 9 | 3 | 6 | | | | 33 | 14 | 2.36 | |

Final Ranking =
  HQ/Highly Qualified
  Q/Qualified

HQ = 3 point or greater average
Q = Less than 3 point average

Panel Members
1.
2.
3.

SME

Personnel Rep. Signature[3]
Franane Butl

Date 2/20/98

[1] The divisor is equal to the sum of all rating factors with double weight factors given a value of 2 and triple weight factors given a value of 3 (e.g., 6 factors with 1 double weighted and 1 triple weighted 4+2+3=9).
[2] Divide (a) by (b)
[3] The personnel representative is responsible for calculating the final rating of each candidate and the accuracy of the computations.

| EPA | | |
|---|---|---|
| | | Vacancy Announcement<br>8-OA-9014 |
| **MERIT PROMOTION CERTIFICATE** | | SF-52 Number<br>OCH-98-003 |
| Position Title, Series and Grade<br>Environmental Scientist, GS-1301-14 | | Date Certificate Issued<br>02-23-98 |
| Organization in Which Position is Located<br>Office of the Administrator, Office of Children's Health Protection, Washington, D.C. | | Deadline for Returning this Certificate to the Personnel Office |
| Issuing Personnel Office<br>Office of Human Resources and Organizational Services, Washington, D.C. | | 03-09-98 |

### INSTRUCTIONS

The candidates named below were evaluated under the Merit Promotion Plan Procedures and were rated in either the "HIGHLY QUALIFIED" category or the "QUALIFIED" category. Up to 10 of the "BEST QUALIFIED" will be referred to you for selection. The candidates' SF-171s, Performance Appraisals, awards, and any other relevant information are attached for your review and consideration. Please complete and review this form within the time limit indicated above.

### CANDIDATES REFERRED FOR PROMOTION CONSIDERATION

| "HIGHLY QUALIFIED" Candidates are Listed in Alphabetical Order | Repromotion Eligible | New Trial Period Required | "QUALIFIED" Candidates are Listed in Alphabetical Order | Repromotion Eligible | New Trial Period Required |
|---|---|---|---|---|---|
| 1. Cruz, Denny | | | 1. | | |
| 2. Goode, Paula R. | | | 2. | | |
| 3. | | | 3. | | |
| | | | 4. | | |
| 5. | | | 5. | | |
| 6. | | | 6. | | |
| 7. | | | 7. | | |
| 8. | | | 8. | | |
| 9. | | | 9. | | |
| 10. | | | 10. | | |

Signature of Certifying Official (Personnel Officer or Designee)
*Francine Butler*    Date: 2/23/98

### SELECTION (Choice for Vacancy)

Name: *Paula R. Goode*    Proposed Effective Date:

☐ I do not wish to make a selection from this certificate

Signature of Selecting Official: *E. Ramona Trovato*    Title: DIRECTOR, OCHP    Date: 2/23/98

Personnel/Office Contact for Certificate (Name): Francine Butler    Title: Personnel Management Specialist    Date: 02-23-98

EPA

# MERIT PROMOTION CERTIFICATE

Vacancy Announcement
8-OA-9014

SF-52 Number
OCH-98-003

| Position Title, Series and Grade | Date Certificate Issued |
|---|---|
| Environmental Scientist, GS-1301-13 | 02-23-98 |

| Organization in Which Position is Located | Deadline for Returning this Certificate to the Personnel Office |
|---|---|
| Office of the Administrator, Office of Children's Health Protection, Washington, D.C. | |
| **Issuing Personnel Office** | 03-09-98 |
| Office of Human Resources and Organizational Services, Washington, D.C. | |

## INSTRUCTIONS

The candidates named below were evaluated under the Merit Promotion Plan Procedures and were rated in either the "HIGHLY QUALIFIED" category or the "QUALIFIED" category. Up to 10 of the "BEST QUALIFIED" will be referred to you for selection. The candidates' SF-171s, Performance Appraisals, awards, and any other relevant information are attached for your review and consideration. Please complete and review this form within the time limit indicated above.

### CANDIDATES REFERRED FOR PROMOTION CONSIDERATION

| "HIGHLY QUALIFIED" Candidates are Listed in Alphabetical Order | Repromotion Eligible | New Trial Period Required | "QUALIFIED" Candidates are Listed in Alphabetical Order | Repromotion Eligible | New Trial Period Required |
|---|---|---|---|---|---|
| 1. Anderson, Robin | | | 1. | | |
| 2. | | | 2. | | |
| 3. | | | 3. | | |
| | | | 4. | | |
| 5. | | | 5. | | |
| 6. | | | 6. | | |
| 7. | | | 7. | | |
| 8. | | | 8. | | |
| 9. | | | 9. | | |
| 10. | | | 10. | | |

| Signature of Certifying Official (Personnel Officer or Designee) | Date |
|---|---|
| *Francine Butler* | 2/23/98 |

### SELECTION (Choice for Vacancy)

| Name | Proposed Effective Date |
|---|---|

[X] I do not wish to make a selection from this certificate

| Signature of Selecting Official | Title | Date |
|---|---|---|
| *Ramona Trovato* | | 2/27/98 |
| Personnel Office Contact for Certificate (Name) | Title | Date |
| Francine Butler | Personnel Management Specialist | 02-23-98 |

WP51 Version of EPA Form 3115-8 (Rev. 9-84)