# Exhibit 9

**COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT**
**BECAUSE OF**
RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR REPRISAL
(Please Type or Print)

FOR OFFICE USE: 98-0097-HQ

1. **COMPLAINANT'S FULL NAME:** Dr. James T. Walker
2. **TELEPHONE NUMBER:** HOME PHONE: (301) 856-6276 WORK PHONE: (202) 564-3316
   **STREET ADDRESS:** 9803 Churchill Dr.
   **CITY/STATE/ZIP:** Upper Marlboro, MD 20772

3. **WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU:** EPA/OCHP
4. **ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?** YES
   A. **NAME OF AGENCY WHERE YOU WORK:** EPA
   **NAME OF OFFICE:** Office of Child Health Protection
   B. **STREET ADDRESS OF AGENCY:** 401 M St. S.W.
   **STREET ADDRESS OF OFFICE:** 401 M St. S.W.
   C. **CITY/STATE/ZIP:** Washington, DC 20460
   **CITY/STATE/ZIP:** Wash, DC 20460
   D. **TITLE, SERIES, AND GRADE OF YOUR JOB:** Env. Scientist, GS/1301, 13/10

5. **DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE:** MONTH: 3 DAY: 17 YEAR: 98

6. **NAME AND ADDRESS OF REPRESENTATIVE:**

7. **CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST, BECAUSE OF YOUR:**
   [X] RACE
   [X] COLOR
   [ ] RELIGION
   [X] NATIONAL ORIGIN
   [X] SEX
   [ ] HANDICAP
   [X] REPRISAL — BECAUSE OF PREVIOUS EEO ACTIVITY
   [ ] AGE

(margin note: Date I was ... I didn't make this out.)

8. **EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST:**
On or about 4/98 I applied for a NS/4 position in the Office of Child Health Protection. I allege that I did not make the cert and was not selected for the position because of discrimination. (SEE ATTACHED)

9a. **I HAVE DISCUSSED MY COMPLAINT WITH AN EEO COUNSELOR:** YES
9b. **NAME OF COUNSELOR:** Carolyn Epps, DOE

10. **WHAT CORRECTIVE ACTION ARE YOU SEEKING?** EPA must promote me to a NS/4 type position, which is equivalent to the position that I applied for.

11. **DATE OF THIS COMPLAINT:** MONTH: July DAY: 14 YEAR: 98
12. **SIGN YOUR NAME HERE:** James T. Walker

7/14/98

CSC FORM 864
APRIL 1982