# Exhibit 11

Case 1:05-cv-02118-RMC   Document 26-13   Filed 02/23/2007   Page 1 of 3

AFFIDAVIT OF DR. JAMES T. WALKER
9803 Churchill Drive
Upper Marlboro, Maryland 220772

EPA Case #_____

I, James T. Walker (African-American), color (brown) make the following statement, freely and voluntarily to John L. Musa, who has identified himself to me as Contract EEO Investigator for the U.S. Environmental Protection Agency (EPA), investigating my complaint of discrimination filed against the EPA, expecting that this statement will be used in evidence for this case. I understand this statement is not confidential and may be shown to any interested party in accordance with EEOC regulations. I hereby solemnly swear that:

1. I currently work in the Office of Research and Development (ORD), National Center for environmental Assessment-Washington Office, Immediate Office, U.S. Environmental protection Agency (EPA) as a GS-1301-13/10 Environmental Scientist. My first and second line supervisors are Charles Ris, Deputy Director, National Center for Environmental Assessment -Washington Office and Karen Hammerstroms, Acting Director, National Center for Environmental Assessment-Washington Office, respectively.

2. On August 27, 1998, my summer intern, Ms. Kathleen Reed, filed a complaint against me, and accordingly, she said that.." out of the side of her eyes she saw me turn towards her with my hands extended in a threatening manner.." As a result of that complaint, Charles Ris, my second line supervisor, gave me a memo, and put me on administrative leave for one day + 2 hours.

3. While on administrative leave I sent an e-mail message to Bob Sonawane(my first line supervisor) and, after returning, one to Charles Ris, stating an official claim against Ms. Reed for defamation of my personal and professional integrity and character for saying in front of my peers and coworkers ... "Jim you raped me..Jim you raped me..Just like I was raped when I was 13 years old" and for maliciously filing a contrived and false claim against me. As a result of the complaint, Charles Ris, wrote me an e-mail message essentially stating that management was not going to investigate it and that I should get over it.

4. In a meeting between me, Charles,and Bob, Bob spurted out the following; "Jim you will not mentor any more students. He made this statement before the Employees Labor Relations office finished the investigation of Ms. Reed's claim. Because of the above actions, I am filing a discrimination charge against the following NCEA line managers: 1). Dr. Bob Sonawane; 2). Mr. Charles Ris; and 3). Mr. Art Payne.

1

5.  I allege that because of my race(African-American) and gender(male), I was treated inequitably and unfairly in that the same actions, as described in the above, would not have been taken against a similarly situated white male or female in NCEA. I also allege gender discrimination, because, although no one was assigned blame in regards to Ms. Reed's complaint, I was questioned by a "panel,, consisting of Charles Ris, Art Payne, and Tonya Hamlet, and put on administrative leave, while Reed was not. In addition, Ms. Reed's complaint was investigated and action taken, while no action was taken in regards to my complaint. The above is in violation of Title VII of the Civil Rights Act, As Amended.

I have read the above statement consisting of 2 pages, and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties in accordance with EEOC regulations. I reserve the right to provide a rebuttal to all statements taken by the investigator for this case.

Dr. James T. Walker, Complainant

*James T. Walker* (signature)

Date: March 4, 2000

Subscribed and sworn to before me
at Washington, D.C., on this _ day of March 2000.

John L. Musa
Contract EEO Investigator

2