# Exhibit 17

CASE NOS: 98-0092-HQ, 99-0025, 99-0031-HQ

| SUMMARY OF RATING AND RANKING (Vacancy Announcement Number 8-OS-9014, GS-1301-13/14) |
| --- | --- | --- | --- |
| CANDIDATES | RACE, COLOR, SEX, EEO ACTIVITY | TOTAL POINTS (RANKING FACTOR POINTS) | RATING |
| Paula Goode (SELECTEE) | Caucasian, white, female, no EEO activity | 47 | Highly Qualified |
| Robin Anderson | African-American, black, female, no EEO activity | 44 | Highly Qualified |
| Denny Cruz | Hispanic, color unknown, male, no EEO activity | 44 | Highly Qualified |
| James Barron | Caucasian, white male, no EEO activity | 41 | Not Listed on Merit Promotion Certificate |
| Jonathan Edwards | Caucasian, white, male, no EEO activity | 41 | Not Listed on Merit Promotion Certificate |
| Kung-Wei Yei | Asian, PI, color unknown, male, no EEO activity | 33 | Not Listed on Merit Promotion Certificate |
| James T. Walker (COMPLAINANT) | African-American, brown, male, no EEO activity | 31 | Not Listed on Merit Promotion Certificate |
| Patricia Smith | Caucasian, white, female, no EEO activity | 29 | Not Listed on Merit Promotion Certificate |
| Theresa Anderson | African-American, black, no EEO activity | 24 | Not Listed on Merit Promotion Certificate |
| Adapted by EEO Investigator from Summary of Rating and Ranking Sheet (See Exhibits 4 and 31) |

7