# Exhibit 20

Case 1:05-cv-02118-RMC   Document 26-22   Filed 02/23/2007   Page 1 of 2

ATTACHMENT B

Subject: Your Complaint Request
From: Charles Ris
To: Doctor James Walker
cc: Bob Sonawane
Via LAN 9/2/98 10:07 am

Jim: This is my response to your request of me (a second line supervisor) to investigate your complaint about provocative (my word) language from Ms Reed.

There seem to be no options for a supervisor, in this case, to implement an "investigation" on your behalf. This is because, the matter, has no standing, at this time, since it is only a labor relations matter, (e.g., two people having some difficulty which probably has some aspects of anxiety causing behavior, perhaps even from both parties. There is nothing to appeal or grieve since no adverse action has been taken by NCEA or EPA. We have taken management action to change the environment to try and stem any future events, but this is not adverse, it is within our normal prerogatives.

Further more, there is no assignment of cause or blame at this time by us in NCEA, nor do I perceive such is happening by the Labor Relations folks. The Labor Relations folks (Tonya Hamlett, et al) are continuing to document the event for their purposes, as is their prerogative, but the outcome is meant to be helpful in improving labor relations. They may have some additional recommendations in the future, we'll have to see. As far as I know this matter has not and will not be recorded in the official personnel file, unless we have to take some future disciplinary action because of a future event (since we all seem to agree that no one wants a future event we should have no reason therefore to take any action).

The harm (e.g., embarrassment perhaps) that you perceive is something that we are sympathetic to, but it is a matter for you to wrestle with or perhaps let erode away as these things will do. We can suggest some counseling to help with that aspect.

So what does all this boil down to...I really have no way to process your complaint. A personal suggestion is that you can, I'm sure, provide to Tonya Hamlett a statement of what happened and your complaint, and this could be placed in the folder they have. If you wish I will forward such a statement to her, though I would just be a pass through and make no comment about it.

The alleged event is a thing of the past in this office, its over! Let it go if you can do so. What you do outside of EPA with the University controversies is none of our business, though if someone drags EPA into it or if it is perceived that EPA is involved, we might have to reply.

That's about it..I hope this will be useful.

B-1