# Exhibit 23



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

JUN 28 1999

OFFICE OF
CIVIL RIGHTS

Return Receipt Requested

Ms. Mindy G. Farber
Attorney at Law
JACOBS, JACOBS & FARBER
One Central Plaza
11300 Rockville Pike, Suite 808
Rockville, MD 20852

In Reply Refer To:

EPA File Nos.:
99-0031-HQ

Dear Ms. Farber:

    On February 9, 1999, your client, Dr. James Walker, filed the above-referenced discrimination complaint against the Environmental Protection Agency. The following issue has been accepted for investigation:

> Was Dr. Walker discriminated against based on race (African American) color (brown) and reprisal when on December 3, 1998, he received a letter of reprimand?

    An EEO Investigator will contact all parties concerned. The EEO Investigator is authorized to review all situations precipitating the complaint; to require the cooperation of all employees and to take testimony from Dr. Walker and other witnesses in the form of affidavits or sworn statements. Upon completion of the investigation, the EEO Investigator will submit a full report to this office.

    Your full cooperation is requested during all facets of the complaint process. Specifically, you are requested to acknowledge certified mail; cooperate with the EEO Investigator

Recycled/Recyclable • Printed with Vegetable Oil Based Inks on 100% Recycled Paper (20% Postconsumer)

2

in the conduct of the investigation, and if you request a hearing, proceed with the hearing without undue delay.

　　　If you need additional information, please contact Ms. Betty Harderman at (202) 260-4564.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　Clyde L. Williams
　　　　　　　　　　　　　　　Complaints Resolution and
　　　　　　　　　　　　　　　Internal Compliance Staff

cc: Bob R. Sonawane, Director
　　Effects Identification and Characterization Group
　　National Center for Environmental Assessment
　　Office of Research and Development
　　(8623D)

　　William H. Farland, Director
　　National Center for Environmental Assessment (NCEA)-
　　Washington Office
　　Office of Research and Development
　　(8601D)

　　Michael A. Callahan, Director
　　NCEA - Washington Office
　　(8623D)

　　Henry Longest, Assistant Administrator
　　　for Research and Development
　　(8101R)