RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 MAR 23 PM 5:18

NANCY M.
MAYER-WHITTINGTON
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. James T. Walker, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civil Action |
| ) | No.05-2118 (ESH) |
| Stephen L. Johnson, Administrator ) | |
| US Environmental Protection Agency ) | |
| ) | |
| DEFENDANT ) | |

**PLAINTIFF'S FIRST MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedures, and Judge Huvelle's Order dated February 23, 2007, Plaintiff, moves for an extension of time with which to file a response to Defendant's modified motion to dismiss, or in the alternative, for summary judgment. This is the Plaintiff's first request for an enlargement of time for this purpose. Plaintiff certifies that he told Defendant

during the February 27, 2007 status hearing that he was going to submit a motion for extension of time. In support of this motion Plaintiff states the following:

1.   Due to administrative problems of this Court, Plaintiff did not receive or was not served any correspondence or documentation related to the above captioned case, since it was transferred to Judge Robinson's Court. This was brought to Judge Robinson's attention at the February 27, 2007 status hearing. She apologized and directed her administrative staff to correct the problems.

2.   An extension of time will not prejudice the Defendant. Counsel for the Defendant, during the February 27, 2007 status hearing, stated to Judge Robinson that he would agree to allowing Plaintiff an extension of at least 30-45 days from the date his response is due.

3.   On March 13, 2007, Plaintiff filed an amended motion for reconsideration of Judge Robinson's order denying his motion to compel discovery.  Therefore, Plaintiff needs additional time for him to not only to respond to Defendant's dispositive motion, but to seek discovery, if he prevails on his recently filed amended motion . It is Plaintiff's understanding that, as of this date, this Court has not ruled on that motion.  Despite that, however, Plaintiff is expected to prevail on it, because there is strong evidence that Judge Robinson violated this Court's standards/rules by abusing her discretion in allowing the Defendant to prevail on Plaintiff's motion without the Defendant meeting the requirements necessary for showing lack of relevance of the discovery that was

sought and that the discovery sought was overbroad, irrelevant and unduly burdensome. In addition, her decision has substantially harmed Plaintiff's chances of defeating any of Defendant's dispositve motions. The ruling will have a significant impact on how Plaintiff can respond to or oppose Defendant's dispositive motion for summary judgment and the amount of time needed to respond.

    4.    Plaintiff is a *pro se* litigant. Because of his job related responsibilities as a senior environmental scientist with the EPA, which require some travel time to attend scientific and committee meetings, he needs additional time beyond the discovery period to respond to Defendant's dispositive motion.

Therefore, for the reasons set forth in the above, Plaintiff asks this Court to grant his request for an extension of time. If he does not prevail on his motion for reconsideration, he asks this Court to extend the time for filing a response to Defendant's dispositive motion to at least 45 days from the time he receives this Court's decision on his motion. If Plaintiff does prevail and an additional discovery period is allowed, then he asks this Court to allow him 45 days from the date the discovery period ends for filing a response.

Respectfully Submitted,

*James T. Walker*

James T. Walker, *Pro Se*
136 West Quail Lane
La Plata, Maryland 20646

## CERTIFICATE OF SERVICE

I, James T. Walker, hereby state that, on this date March 23, 2007, I mailed/emailed a copy of this **PLAINTIFF'S FIRST MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT"** to:

        Alexander Daniel Shoaibi
        Assistant United States Attorney
        555 Fourth Street, NW
        Room E4218
        Washington, DC 20530

Email:    Alexander.d.shoaibi@usdoj.gov

                            James T. Walker, *Pro Se*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. James T. Walker,  )
                      )
                      )
                      )
    **PLAINTIFF**     )
                      )
                      )
    v.                )
                      )  Civil Action
                      )  No.1:05CV02118
                      )  Judge: <u>ESH</u>
Stephen L. Johnson, Administrator  )
US EPA                )
                      )
    **DEFENDANT**     )
_____)

## ORDER

UPON CONSIDERATION of <u>**PLAINTIFF'S FIRST MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**</u>, Defendant's Response, and Reply, and the record herein, it is on this_____ day of _____, 2007, hereby

ORDERED that Plaintiff Motion shall be, and hereby is, GRANTED.

_____
United States District Judge

5