UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2007 MAY 29 AM 9: 10

NANCY MAYER-WHITTINGTON
CLERK

Dr. James T. Walker, )
)
**PLAINTIFF** )
)
v. ) Civil Action
) No.05-2118 (RMC)
)
Stephen L. Johnson, Administrator )
US Environmental Protection Agency )
)
**DEFENDANT** )

RECEIVED
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedures, and Judge Plaintiff, moves for another extension of time with which to file a response to Defendant's modified Motion to Dismiss, or in the Alternative, for Summary Judgment. This is the Plaintiff's second request for an enlargement of time for this purpose. Plaintiff certifies that he attempted to notify the Defendant's by

RECEIVED
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

phone that he is going to submit a motion for extension of time. In support of this motion Plaintiff states the following:

1. Plaintiff does not believe that an extension of time will prejudice the Defendant.
2. Plaintiff is a *pro se* litigant.
3. Because of his job as a senior environmental scientist with the EPA, he was required, within the last two months, to travel out of state to attend and participate in meetings and other job related functions.
4. Because of that travel, Plaintiff has been unable to spend a proper amount of time work on his response.

Therefore, for the reasons set forth in the above, Plaintiff asks this Court for a two week extension to file his response to Defendant's motion.

Respectfully Submitted,

_____
James T. Walker, *Pro Se*
136 West Quail Lane
La Plata, Maryland 20646

## CERTIFICATE OF SERVICE

I, James T. Walker, hereby state that, on this date May 29, 2007, I mailed/emailed a copy of this **PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**" to:

>Alexander Daniel Shoaibi
>Assistant United States Attorney
>555 Fourth Street, NW
>Room E4218
>Washington, DC 20530

Email:        Alexander.d.shoaibi@usdoj.gov

                                           _____
                                           James T. Walker, *Pro Se*