UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES T. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2118 (RMC) |
| | ) |
| STEPHEN L. JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 23, 2007, Plaintiff was ordered to file an opposition to Defendant's motion to dismiss no later than March 23. On March 23, Plaintiff asked for more time, and on April 12 he was instructed to file the opposition no later than May 29. Plaintiff has now moved for yet another extension of time to file an opposition to Defendant's motion to dismiss. In consideration of the fact that Plaintiff is proceeding *pro se*, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED**, and he shall file his opposition or other response to Defendant's motion to dismiss by **June 12, 2007**. Because this case has already been subject to significant delay, *no further extensions of time will be granted for Plaintiff to file his opposition brief*. If Plaintiff does not file his opposition brief on June 12, 2007, the Court will treat the motion to dismiss as conceded.

**SO ORDERED**.

Date: May 30, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge