RECEIVED
JUN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. James T. Walker, <br><br> PLAINTIFF <br><br> v. <br><br><br> Stephen L. Johnson, Administrator <br> US Environmental Protection Agency <br><br><br> DEFENDANT | Civil Action <br> No.05-2118 (RMC) |

**PLAINTIFF'S MOTION TO LEAVE TO AMEND
HIS ORIGINAL MOTION TO DENY DEFENDANT'S
MOTION TO DISMISS OR IN THE ALTERNATIVE FOR
SUMMARY JUDGMENT**

On June 12, 2007, Plaintiff filed his response to the Defendant's February 2007 Motion to Dismiss or In the Alternative for Summary Judgment of the above captioned case. Pursuant to LCV R 11.2, Plaintiff hereby files this Motion of Leave to amend his original response. The original motion had many typos and did not include all of the

exhibits. In support of his this Motion, Plaintiff submits a copy of the original pleading and the attached amended memorandum of points and authorities and a statement of material disputed and undisputed facts with supporting exhibits. He certifies that he has attempted to contact the opposing counsel with regards to this motion.

Respectfully Submitted,

*James T. Walker*

James T. Walker, *Pro Se*
136 West Quail Lane
La Plata, Maryland 20646
(301) 654-6376

## CERTIFICATE OF SERVICE

I, James T. Walker, hereby state that I have mailed a copy of this

### PLAINTIFF'S MOTION TO LEAVE TO AMEND HIS ORIGINAL MOTION TO DENY DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

on this date June 19, 2007 to the following address:

> Alexander D. Shoaibi
> 555 4th Street N.W.
> Washington, DC. 2001

*[signature]*
James T. Walker

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. James T. Walker, )<br>)<br>**PLAINTIFF** )<br>)<br>v. )<br>) Civil Action<br>) No.05-2118 (RMC)<br>)<br>Stephen L. Johnson, Administrator )<br>US Environmental Protection Agency )<br>)<br>**DEFENDANT** ) | |

## ORDER

Upon consideration of the Plaintiff's Motion to Leave to Amend His Original Pleading, and the opposition thereof, this Court **ORDERS** that his Motion is hereby **GRANTED** on this _____ day of June_____.

_____
Judge, US District Court for DC

4