UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES T. WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2118 (RMC) |
| ) | |
| STEPHEN L. JOHNSON, ) | |
| Administrator, U.S. Environmental ) | |
| Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment [Dkt. #26] is **GRANTED** and judgment is entered in favor of Defendant. Accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

DATE: August 17, 2007               /s/
                                    ROSEMARY M. COLLYER
                                    United States District Judge