## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JAMES T. WALKER

    **PLAINTIFF**

v.

    CIVIL ACTION No. 05-2118 RMC

STEPHEN L. JOHNSON
Administrator, U.S. Environmental
Protection Agency

    **DEFENDANT**

### Notice of Appeal

Notice is hereby given that James T. Walker, Plaintiff in the above captioned case, appeals to the United States Court of Appeals for the DC Circuit from the final judgment granting Defendant's Motion to Dismiss or, in the Alternative for Summary Judgment entered in this action on August 17, 2007.

Respectfully Submitted,

*James T. Walker*, Pro Se
136 West Quail Lane
La Plata, Maryland 20646
(301) 654-6376

**RECEIVED**

SEP 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES T. WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2118 (RMC) |
| ) | |
| STEPHEN L. JOHNSON, ) | |
| Administrator, U.S. Environmental ) | |
| Protection Agency, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment [Dkt. #26] is **GRANTED** and judgment is entered in favor of Defendant. Accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

DATE: August 17, 2007            /s/
                                 ROSEMARY M. COLLYER
                                 United States District Judge

## Certificate of Service

I, James T. Walker, hereby state that, on this date September 14, 2007, I mailed/e-mailed/faxed a copy of this "Notice of Appeal" to:

Alexander Shoaibi
Assistant United States Attorney
555 Fourth Street, NW
Room E4412
Washington, DC 20530

*James T. Walker*

James T. Walker, *Pro Se*
136 West Quail Lane
La Plata, Maryland 20646
(301) 654-6376