# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5304**                               **September Term, 2007**

05cv02118



Filed On:

James T. Walker,
    Appellant

v.

Stephen L. Johnson, Administrator, US
Environmental Protection Agency,
    Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAR 17 2008

CLERK

**BEFORE:** Henderson, Rogers, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the cross-motions for summary disposition, the responses thereto, the supplements, and the replies, it is

**ORDERED** that the motion for summary affirmance be granted and the motion for summary reversal be denied. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Contrary to appellant's assertions, the district court's comprehensive 35-page opinion addressed appellant's claim that his employer maintained a pervasive retaliatory policy, and it applied the appropriate standards in light of the arguments presented by appellant in opposition to summary judgment. Further, appellant has not demonstrated that the reasons proffered for the selection of another candidate for an environmental scientist position were pretextual, or that a reasonable trier of fact could infer intentional discrimination or retaliation based on the evidence. See McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802-05 (1973); Teneyck v. Omni Shoreham Hotel, 365 F.3d 1139, 1151 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk